ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 8 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. **4:14-CR-74-Y** |
| JONATHAN DANIEL KUTEJ (01) | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Production of Child Pornography
(Violation of 18 U.S.C. § 2251(a))

On or about August 14, 2013, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Jonathan Daniel Kutej** did knowingly employ, use, persuade, and entice a minor, "Jane Doe," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2251(a).

## Forfeiture Notice
## (18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C. § 2253(a), defendant **Kutej** shall forfeit to the United States (a) any visual depiction described in 18 U.S.C. § 2251 and 18 U.S.C. § 2252, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, any interest in the following:

1. One Apple iPhone taken from **Kutej** on August 15, 2013, by Hood County Criminal Investigator R. Young.

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

JONATHAN DANIEL KUTEJ (01)

### INDICTMENT

18 U.S.C. § 2251(a)

Production of Child Pornography

(1 COUNT)

18 U.S.C. § 2253

Forfeiture

A true bill rendered:

DALLAS _____ /s/ _____ FOREPERSON

Filed in open court this 8th day of April, A.D. 2014.

Defendant in Custody

UNITED STATES MAGISTRATE JUDGE
(Magistrate Case Number: 4:14-MJ-022)