UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:14-CR-074-Y  (01) |
| | § | |
| JONATHAN KUTEJ | § | |

## NOTICE OF DESIGNATION OF CASE ASSIGNMENT

Pursuant to Miscellaneous Order No. 3 (Revised June 20, 2000) ("Criminal Justice Act Plan"), § IV(b), the undersigned attorney has indicated by his or her signature that he or she is the staff attorney designated to work on this case.

Dated: 5/22/14

s/William Hermesmeyer
WILLIAM HERMESMEYER
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 24044953
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
(817) 978-2753

## CERTIFICATE OF SERVICE

I, William Hermesmeyer, hereby certify that on this the 22nd day of May 2014, a copy of the foregoing notice was hand delivered to the United States Attorney's Office at 801 Cherry Street, Suite 1700, Fort Worth, TX  76102-6897.

s/William Hermesmeyer
WILLIAM HERMESMEYER