UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH ST., ROOM 310
FORT WORTH, TX 76102

OFFICIAL BUSINESS

Return to Sender
☒ Inmate Unknown
☒ Unable to ID Inmate
___ Forwarding Expired
___ No Authorization on File

4:14-cr-74-Y

2014 MAY 27 PM 1:38
CLERK OF COURT



NIXIE        750  5C  1         0005/25/14
        RETURN TO SENDER
        REFUSED
        UNABLE TO FORWARD

BC: 76102364185        *2234-07756-19-43*

Jonathan Kutej
FCI Fort Worth
3150 HORTON ROAD
FORT WORTH, TX 76119.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | CRIMINAL NO. 4:14-CR-074-Y |
| | § § | |
| JONATHAN KUTEJ (1) | § | |

ORDER REFERRING MOTION TO WITHDRAW AND
MATTER OF APPOINTMENT OF COUNSEL TO MAGISTRATE JUDGE
WITH INSTRUCTIONS FOR THE CLERK'S OFFICE

Before the Court is a Motion to Withdraw (doc. 25) filed by Michael P. Heiskell, retained counsel for defendant Jonathan Kutej. Heiskell states that the relationship between Heiskell and Kutej has become strained and Kutej has threatened Heiskell with a legal malpractice suit. In light of this conflict, Heiskell asks to withdraw as counsel for Kutej.

After review, the Court concludes that the motion should be and is hereby **REFERRED** to United States Magistrate Judge Jeffrey L. Cureton for determination. *See* FED. R. CRIM. P. 59(a). If appropriate, the magistrate judge shall also appoint new counsel for Defendant if it is determined that new counsel is warranted and if Defendant is eligible for such appointment.

It is further **ORDERED** that all future filings regarding this motion shall include the following notation under the case-number: "(Relates to Motion Referred to Magistrate Judge Cureton)."[1] The

---

[1] The judge's copy of all documents related to this motion should be mailed to the Honorable Jeffrey L. Cureton, Eldon B. Mahon United States Courthouse, 501 West 10th Street, Room 520, Fort Worth, Texas 76102.

clerk is DIRECTED to send a copy of this order to Defendant at his last known address.

SIGNED May 19, 2014.

                                                   */s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/lj                                  2