pg.

☐ ORIGINAL

In The United States District Court
For the Northern District of Texas
Fort Worth Division

United States of America:

Case No.:

V.                                          : 4:14-CR-074-Y

JONATHAN DANIEL KUTEJ.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 28 2014

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

12:54

Affidavit of Fact

To The Hon Terry R. Means

1. Jonathan Kutej did not Knowingly
or willingly, employ, or use, or
persuade, or entice the minor child
in question to engage in sexually
explicit conduct for the purpose
of producing a visual dipiction
of such conduct.

2. The Indictment no. 4:14-CR-74-Y
is a (Bare Bones Indictment)

3. The Indictment does not
Identify a victim

4. The indictment does not
specify anything about the
alleged Victem's Identity.

5. The indictment does not
specify any characteristics of
or about the alleged victim

6. If Jonathan were to plea to
this indictment it would be
left up to the goverment
to bring forth anyone in place
of "Jane Doe."

7. The indictment does not bring
forth any evidense to
substantiate its clame of
Violation of 18 U.S.C. 2251(a)

8. Other than the date August 14, 2013 and in the Fort Worth Division of the Northern district of Texas, there are no specifics as to when or where this Violation took place.

9. The black IPhone clearly was not purchased with the intensions to affect interstate and or foreign commerce by producing any visual depiction

10. In the indictment there are no serial numbers or any discription of the phone in question other than (one Apple IPhone "taken" from Kute; by Young)

11 The indictment states that the phone was taken instead of seized

I declare under penalty of
perjury under the laws of the
united states of America that the
foregoing is true and correct.
(without submitting to any foreign
jurisdiction)

07-23-14

executed on : Authorized Representative
Without Recourse

In The United States District Court
For the Northen District Of Texas
Fort Worth Division

United States of America :
                                   Case No.:
v.                                 : 4:14-CR-074-Y

JONATHAN DANIEL KUTEJ :

_Affidavit of Fact_

To The Hon Terry R. Means

1. On 8-15-13 Hood County Criminal
Investigator R. Young. (Here in after
"Young") did drive on to private property,
7905 Colony Rd Tolar TX 76476.

2. Young was in an unmarked vihicle.

3. Young was trespassing on private
property.

4. Youn did not display or show a badge.

5. Young did not announce himself as an officer of the law.

6. Young drew his weapon and forcefully incisted Jonathan to get on the ground.

7. Jonathan asked who he was.

8. Young denied Jonathan Kutej's request for a warrant and Identification.

9. Young stated ( you watch to much TV I dont need a warrant ).

10 Young Handcuffed Jonathan

11 Young searched Jonathan

12 Young Took and seized a black IPhone without a search warrant

13 Young placed the IPhone in his shirt pocket.

14. Jonathan asked that Young produce a search and or seizure warrant.

15. Young stated (I dont need a search or seizure warrant.

16. Jonathan's father Bruce Kutej was a witness to the entire incedent between Jonathan and Young.

17. Bruce informed Young he was on his private property.

18. Bruce asked Young for a warrant.

19. Young again denied Bruce a warrant.

20. Jonathan requested Young turn the Iphone over to Bruce.

21. Young denied Jonathan's request to turn over the IPhone to Bruce.

22. Young did not make a clone of the IPhone.

23. Young did not secure the IPhone in a evidence bag.

24. Young did not show Jonathan a complaint.

25. Jonathan was Bailed out of Hood County on 08-16-13, the IPhone that was seized illegally, without a warrant was not in Jonathan's personal property.

26. Jonathan made a request for the Iphone at the jail on 08-16-13.

27. Young showed up at Jonathan's residense un announced on 01-14-14 and arrested Jonathan for what he claimed was a federal arrest warrant.

28  Young took Jonathan to Hood
County Jail for what he was told
was an over night Holding on a
federal warrant 01-14-14.

29. There is not a federal Warrant
for arrest on Jonathan

30  There is not a federal search
warrant for Jonathan's property

31  There is not a federal warrant
for the Black IPhone for
seizure.

32  There is not a federal warrant
for the contents of the Black
IPhone

33  Any evidence or information
found in the Black IPhone illegally
seized by Young is inadmissable
in a court of law.

34. Any evidence obtained by the government without a warrant for seizure or search is inadmissable in the court of law.

I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct. (without submitting to any foreign jurisdiction)

07-23-14
executed on

Authorized Representative
Without Recourse

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2014 JUL 28 PM 12:54

CLERK OF COURT

Jonathan Kutes 47601-177
Federal Correctional Institution
PO Box 15330 Forth Worth TX
76116

IntAke

47601-177
Terry R. Means
501 W. 10TH ST
Room 310
FORT Worth, TX 76102
United States