1 of 6

In The United States District Court
For the Norther District of Texas
Fort Worth Division

United States of America :

v.

Case NO.:
4:14-CR-074-Y

JONATHAN DANIEL KUTEJ :

## Affidavit of Fact

1. On 8-15-13 Hood County Criminal Investigator R. Young (Herein after "Young") did drive on to private property, 7405 Colony Rd Tolar TX 76476.

2. Young was in an unmarked vihicle.

3. Young was tresspassing on private property.

4. Young did not display or show a badge

5. Young did not announce himself as a peace officer.

6. Young drew his weapon and forcefully incisted Jonathen to get on the ground.

7. Jonathan asked who he was.

8. Young denied Jonathan's request for a warrant and Identification.

9. Young stated (you watch to much TV I don't need a warrant).

10. Young handcuffed Jonathan.

11. Young searched Jonathan.

12. Young took and seized a black IPhone without any warrant.

13. Young placed the Phone in his shirt pocket

3 of 6

14. Jonathan asked that Young produce a search and or seizure warrant.

15. Young stated (I don't need a search or seizure warrant).

16. Jonathan's father Bruce Kute, was a witness to the entire incedent between Jonathan and Young.

17. Bruce informed Young he was on his private property

18. Bruce asked Young for a warrant.

19. Young again denied Bruce a warrant.

20. Jonathan requested Young turn the phone and other personal Items to Bruce.

4 of 6

21. Young denied Jonathan's request to turn over the IPhone to Bruce.

22. Young did not make a clone of the Phone.

23. Young did not secure the Phone in a evidence bag.

24. Young did not show Jonathan a complaint.

25. Jonathan was Bailed out of Hood County on 08-16-13, the Phone that was taken illegally, without a warrant or consent was not in Jonathan's personal property.

26. Jonathan made a request for the phone at the jail on 08-16-13.

27. Young showed up at Jonathan's residense un announced on 01-14-14 and arrested Jonathan

for what he claimed was a federal arrest warrant.

28. Young took Jonathan to Hood County Jail for what he was told was an overnight holding on a federal warrant 01-14-14.

29. There is not a federal warrant for arrest on Jonathan

30. There is not a federal search warrant for Jonathan's property.

JK ~~31. There is not a federal search warrant for Jonathan's property.~~ JK

31. There is not a federal warrant for the Black IPhone for seizure.

JK ~~32. Th~~

32. There is not a federal warrant for the contents of the Black IPhone

33. Any evidence or information found in the Black IPhone illegally seized by Young is inadmissable in any court.

34. Any evidence or Information obtained by the government found on the Black IPhone without a warrant for seizure or search is inadmissable in any court.

I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct. (without submitting to any foreign jurisdiction)

Executed on _____

_____
Authorized Rep
without Recourse



JONATHAN KUTEJ 47601-177
P.O. Box 15330 Federal Correctional
Institute Fort Worth TX 76119

US Court Clerk
501 W 10TH ST
Room 310 Fort Worth,
TX 76102 United States

2014 AUG -7 AM 11:20
CLERK OF COURT