ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 13 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:14-CR-74-Y |
| JONATHAN DANIEL KUTEJ (01) | [Supersedes indictment return on April 8, 2014] |

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

### Count One
### Production of Child Pornography
### (Violation of 18 U.S.C. § 2251(a))

On or about August 14, 2013, in the Fort Worth Division of the Northern District of Texas, defendant **Jonathan Daniel Kutej** did knowingly employ, use, and persuade a minor, "MV1," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant produced the following visual depictions of MV1:

| File Name | Description |
|---|---|
| IMG_2400.JPG | Close up visual depiction of a thumb pushing aside MV1's underwear to expose the genital area of MV1 |
| IMG_2401.JPG | Close up visual depiction of two fingers spreading apart the genital area of MV1 |

In violation of 18 U.S.C. § 2251(a).

Superseding Indictment – Page 1

## Count Two

### Production and Attempted Production of Child Pornography
### (Violation of 18 U.S.C. §§ 2251(a) and 2251(e))

On or about July 17, 2013, in the Fort Worth Division of the Northern District of Texas and elsewhere, defendant **Jonathan Daniel Kutej** knowingly did, and attempted to, employ, use, and persuade a minor, "MV4," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which such visual depiction has actually been transported using any means and facility of interstate commerce and in and affecting interstate commerce. Specifically, the defendant produced the following visual depictions of MV4:

| File name | Description |
|---|---|
| IMG_2311.JPG | Visual depiction of the nude lower torso of MV4 lying on her side with her legs spread apart |
| IMG_2313.JPG | Visual depiction of MV4, nude, sitting on a bed with one leg bent toward her genital area |

In violation of 18 U.S.C. §§ 2251(a) and 2251(e)).

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of either of the offenses alleged in Count One or Count Two and pursuant to 18 U.S.C. § 2253(a), defendant **Kutej** shall forfeit to the United States (a) any visual depiction described in 18 U.S.C. § 2251 and 18 U.S.C. § 2252, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, any interest in the following:

1. One Apple iPhone taken from **Kutej** on August 15, 2013, by Hood County Criminal Investigator R. Young.

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

JONATHAN DANIEL KUTEJ (01)

INDICTMENT

18 U.S.C. § 2251(a)
Production of Child Pornography
(1 COUNT)

18 U.S.C. §§ 2251(a) and 2251(e)
Production and Attempted Production of Child Pornography
(1 COUNT)

18 U.S.C. § 2253
Forfeiture

A true bill rendered:

FORT WORTH                                 *signature*                        FOREPERSON

Filed in open court this 13th day of August, A.D. 2014.

Defendant in Custody

*signature*
UNITED STATES DISTRICT JUDGE
(4:14-CR-074-Y)