In The United States District Court For the Northern District of Texas Fort Worth Division:

United States of America:

V.

: Case No.:
4:14-CR-074-Y

JONATHAN DANIEL KUTEJ:

Affidavit of Fact

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 14 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

1. Definition of production:
Blacks Law Dictionary 4th ed.
That wich is produced or made product. The creation of objects wich constitute wealth. The requisites of production are labor, capital and the materials and motive forces afforded by nature.

Def. Product: Blacks Law Dict 9th ed. Something that is distributed commercially for use or consumption and that is usu. (1) tangible personal property (2) the result of fabrication or processing and (3) an Item that has passed through a chain of commercial distribution before altimat use or consumption.

Def. Pornography: Material depicting sexual activity or erotic behavior in a way that is designed to arouse sexual excitment.

Def. Child Pornography Material depicting a person under the age of 18 engaged in sexual activity

Def. Sexual activity: Physical sexual activity that does not necessarily culminate in intercourse. Sexual relations usu involve the touching of onothers breast, vagina, penis, or anus. Both persons are said to engage in sexual relations / Sexual activity.

Def. Engage: To employ or involve oneself to take part in ; to embark on

On or about August 14, 2013 in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant Jonathon Daniel Kates; did not knowingly, willingly or voluntarily produce a product in and affecting interstate or forign commerce. Did not produce

a product according to the foregoing deffinitions. Nor are the pictures in question child pornography according to the foregoing deffinitions. Nor were they or are the pictures in question a product at all.

2. Def. Sexual Exploitation: The use of a person, esp a child in prostitution, pornography, or other sexually manipulative activity that has caused or could cause serious emotional injury.

Jonathon Kates Did not exploit any minor per the Def. ~~in~~

3. 2251 is and was designed to stop the sexual explolation

of children. Jonathon Kute; does not and has not ever participated in the business of exploitation of children, the production, distribution or possession of child pornography.

4 An act does not make a person guilty unless the mind is guilty an act does not make the doer criminal unless his mind is criminal

5 The proof is incombent on the one who affirms not on the one who denies.

6 An allegation contrary to the deed "or fact" is not admissible.

7 A chance event is not to be expected, and no one is bound to foresee it

6 of 6

8. The cause ceases the affect ceases.

9. Jonathan Kutej has never knowingly, willingly or voluntarely affected interstate or forign commerce to violate a law or statute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. (without submitting to any foreign jurisdiction)

08-12-14
executed on:

Without Recourse
*[signature]*
Authorized Representative.

76101-177
Jonathan Kutej
P.O. Box 15330
Federal Correctional Istitute
or + Wort, TX 76119

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
2014 AUG 14 PM 12:26
CLERK OF COURT

US District Court, Clerk
501 W 10TH ST
Room 310 Fort Worth
TX 76102

NORTH TEXAS TX PDDC
DALLAS TX 750
13 AUG 2014 PM 7 L