IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:14-CR-074-Y |
| | § | |
| JONATHAN KUTEJ       (1) | § | |

## ORDER GRANTING MOTION TO APPOINT PRIVATE INVESTIGATOR

Before the Court is Defendant's Motion to Appoint Private Investigator (doc. 54). After review, and noting that the government does not oppose the motion, the Court GRANTS the motion.

Accordingly, Green & Associates (License Number A-11701), a licensed private investigation agency, shall be APPOINTED as investigator(s) for the purpose of investigating the accusations made against Defendant. Furthermore, it is hereby ORDERED that Green & Associates and/or Doug Lambertsen (Public Safety Identification Number 583344) shall be admitted to the United States Bureau of Prisons, Federal Correction Institution, Fort Worth, Texas.

SIGNED September 11, 2014.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE