To The Clerk and Judge Means

Why have My F/S been striken from the record. It is my understanding that it is my right protected by Due Process to Introduce Facts (Afidavit's) on to the record. If I have errored in properly producing them please tell me how and why, and how I can fix the error. If I do not have the right please prove to me how and why I do not otherwise please re introduce them to the record.

Thank you Jonathan Kutej

NO. 4:14-CR-074-Y

Jonathon Kutej - 47601-177
P.O. Box 15330 Federal Correctional Ins
Fort Worth, TX 76119

NORTH TEXAS TX PNDC
DALLAS TX 750
17 SEP 2014 PM 6 L

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

2014 SEP 18 AM 11:14

CLERK OF COURT

Legal

⟨47601-177⟩
Clerk
501 W 10TH ST
Room 310
FORT WORTH, TX 76102
United States