Jonathan Kutej  4:14-CR-74-Y
pg 1 of 4    47601177

Today after talking to Lt. Buck about the situations that we have been dealing with for the last 5 or 6 days of complete and blatant disrespect and threats to my life and limb. ~~That~~ I have decided I am no longer going to bring these matters to Mr Goldsby "our counselor" because since I have done so. The guards have been retaliating against me. I have not been written up because I have done nothing but express my concerns and defended my rights. This situation that I am focusing on now is one were I was singing a ~~song~~ called "walk it out" one that I have heard many times in Redneck bars ~~and~~ to myself and kinda dancing my way up the stars after chow when woods called me a racist redneck because what I was doing I took extreme offense of this and I feel it was highly predjudice and disrespectful and completly uncalled for. This coming from a ~~~~ man ~~~~ that on multiple occasions has yelled at all of us to get out of our door ways unless we are being raped or shanked. Me being a person who has been raped.

pg. 2 of 4

as a young adult and molested as a child took extreme offense to this and brought back many uncontrollable emotions. I am no longer going to be threatend by these gaurds of what they will do to me if I talk about these things. I will stand and fight for my rights even though I am sure I will recieve further retaliation. I was also threatend by Robinson yesterday (If anybody else ignores a direct order from me I will put you down) Is what he said. I was also whitness to him directly threatning another inmates life. Since I have been here (5 months) I have done nothing but study law and BOP rules and regs. I know my rights and I know there being violated. These gaurds are trying to take advantage of uneducated men and assuming they can use scare tactics tactics and get away with it. I will continue to keep record of these Constitutional torts and putting them on the record.

I have done nothing but give these supposed grown men (gaurds) the benifit of the doubt that they are actually here to protect us and keep the peace. So far most of them have done nothing but poke and antigonize. I have even bee witness to a fight start because of a bitch fest by one of the gaurds. I now have the correct address to the regional office no thanks to our supposed handbook in wich most of the addresses ~~or~~ for admin remedy are ~~are~~ wrong im sure intiationally. And will ~~~~ send a copy of this and every ~~other~~ further complaint against the BOP affter it is put on the record. And ~~~~ all records that have been recorded by me prior to this incident. And a copy to the Warden off this institution. Both of my lawyers will also be informed and I will be receiving counsel as to the next step.

Jonathan Daniel Kutz - 09-24-14

pg. 4 of 4

Witness 1 James Joseph Smith

*James Smith*

Witness 2 *[signature]*



Jonathon Kutey 47601-177
P.O. Box 15330
Federal Correctional Institution
Fort Worth, TX 76119

NORTH TEXAS TX PMDC
DALLAS TX 753
25 SEP 2014 PM 6 L

RECEIVED
DISTRICT COURT
N. DIST. OF T.
2014 SEP 26   AM 10:56
CLERK OF COURT

⇔47601-177⇔
Terry R. Means Clerk
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States