pg 1 of 4

United States District Court
Northern District of Texas
Fort Worth Division

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 26 2014
CLERK, U.S. DISTRICT COURT
By ______ Deputy

United States : Case No.

v. : 4:14-CR-074-Y

JONATHAN DANIEL KUTEJ :

Affidavit of Fact / Plea or challenge to Subject Matter Jurisdiction

I Jonathan Kutej "Kutej" did not knowingly or willingly, employ, or use, or persuade, or entice any minor child to engage in sexually explicit conduct for any purpose what so ever ~~on~~ including the production of any thing of any kind, especially pornography, including child pornography. ~~or a~~

2. The Indictment "no. 4:14-CR-74-Y" is a (Bare Bones Indictment)

3. The Indictment does not Identify a victim

4. The indictment does not specify any thing about the alleged Victems Identity.

5. The indictment does not specify any characteristics of or about the alleged victim.

6. If Jonathon Kutej were to plea to this indictment it would be left up to the government to bring forth anyone inplace of "Jone Doe"

7. The indictment does not bring forth any evidense to substantiate its clame of violation of 18 U.S.C 2251(a)

8 Other than the date August 14 2013 and in the Fort Worth Division of the Northern district of Texas, there are no specifics as to when or where this Violation took place.

9 The black I Phone clearly was not purchased with the intensions to affect interstate and or foreign commerce ~~by producing any~~

10 In the indictment there are no serial numbers or any discription of the phone in question other than (one Apple I Phone taken from Kutej by Young)

11 The indictment states that the phone was taken instead of seized

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. (without submitting to any foreign jurisdiction)

09-24-14
executed on

[signature]
Authorized Rep
Without Recourse

United States District Court
Northern District of Texas
Fort Worth Division

United States :

Case No.: 4:14-CR-074Y

v :

JONATHAN DANIEL KUTEJ :

Affidavit of Fact / Plea to Subject Matter Jurisdiction

1. On 8-15-13 Hood County Criminal Investigator R. Young (Hereinafter "Young") did drive onto private property, 7905 Colony Rd Tolar TX 76476.

2. Young was in a unmarked vihicle.

3. Young was trespassing on private property

4 Young did not display or show a badge.

5. Young did not announce himself as an officer of the law.

6. Young drew his weapon and forcefully incisted Jonathan to get on the ground.

7. Jonathan asked who he was.

8. Young denied Jonathan Kutej's request for a warrant and Identification.

9. Young stated (you watch to much TV I dont need a warrant).

10 Young Handcuffed Jonathan

11 Young searched Jonathan.

12 Young Took and seized a black IPhone without a search warrant

13 Young placed the IPhone in his shirt pocket.

14. Jonathan asked that Young produce a search and or seizure warrant.

15. Young stated (I dont need a search or seizure warrant.

16. Jonathan's father Bruce Kutej was a witness to the entire incedent between Jonathan and Young.

17. Bruce informed Young he was on his private property.

18. Bruce asked Young for a warrant.

19. Young again denied Bruce a warrant.

20. Jonathan requested Young turn the Iphone over to Bruce.

21. Young denied Jonathan's request to turn over the IPhone to Bruce.

22. Young did not make a clone of the IPhone.

23. Young did not secure the IPhone in a evidence bag.

24. Young did not show Jonathon a complaint.

25. Jonathan was Bailed out of Hood County on 08-16-13, the IPhone that was seized illegally, without a warrant was not in Jonathan's personal property.

26. Jonathan made a request for the Iphone at the jail on 08-16-13.

27. Young showed up at Jonathan's residense un announced on 01-14-14 and arrested Jonathan for what he claimed was a federal arrest warrant.

28 Young took Jonathan to Hood County Jail for what he was told was an over night Holding on a federal warrant 01-14-14.

29. There is not a federal Warrant for arrest on Jonathan

30 There is not a federal search warrant for Jonathan's property

31 There is not a federal warrant for the Black IPhone for seizure.

32 There is not a federal warrant for the contents of the Black I Phone

33 Any evidence or information found in the Black IPhone illegally seized by Young is inadmissable in a court of law.

34. Any evidence obtained by the government without a warrant for seizure or search is inadmissable in the district court.

I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct. (without submitting to any foreign jurisdiction)

09-24-14
executed on

Jonathan Kurtz
Authorized Rep
Without Recourse


Jonathan Kutej 47601-177
P.O Box 15330
Federal Correctional Institutional
Fort Worth TX 76119
NORTH TEXAS TX P&DC
DALLAS TX 750
25 SEP 2014 PM 5 L
⇔47601-177⇔
Terry R Means
clerk
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States
2014 SEP 26 AM 10: 53
CLERK OF COURT
76102364185