For The Record

09-26-14 The guards made an announcement that if we had any extra clothes to through them in the hamper. Also told us that we are only aloud to have one set. I produced the handbook that was given me when I arrived here that clearly states. "On Fridays each inmate will receive two t-shirts, two boxers, and two pairs of socks for the weekend." One of the guards told me that the handbook was wrong. I told him I wanted a Lt. to clear up the confusion after multiple inmates had informed the guards of the policy. Then they came around took the extras and my second set wich I am allowed to have in doing so they are depriving me of my basic human rights. Which is a constitutional Tort. (A violation of one's constitutional rights by a government officer, redressable by a civil action filed directly against the officer.) I reallize this is not

a huge deal and normally I wouldn't really care but lately we have had guard after guard in here threatning us disrespecting us, with blatant disregard of there own rules. I asked the gaard for a Bp 8, he said I would have to get it from the counselor who doesnt come in until monday. So now I am stuck with one set of clean clothes for three days. one pair of socks one Tshirt one pair of boxers and one jumper.

This will be sent to the clirk of the courts. Then a copy sent to the ~~regon~~ regional office and then one to the warden of this slave camp.

Gaurds on duty were Babbutello

Jonathon Kutes 47601-177
4:14-CR-74-Y

Jonathan Kuter 47601-177
PO Box 15330
Federal Correctional Institution
Fort Worth TX 76119

SOUTHERN DIST. OF TX
FORT WORTH DIVISION

2014 SEP 30  PM 2:37
CLERK OF COURT

◇47601-177◇
Terry R. Means
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Clerk of the Court

NORTH TEXAS TX PDC
DALLAS TX 750
29 SEP 2014 PM 9 L

