pg 1 of 2

United States District Court
Northern District of Texas
Fort Worth Division

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 30 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES : Case No.:

V.                : 4:14-CR-074-Y

JONATHAN DANIEL KUTEJ :

Affidavit of Fact

1. Jonathan Kutej's Mother Dana Kutej is the legal Power of Attorny for all matters involving Jonathan Daniel Kutej and as of this day 09-25-2014 she is to be considered a valued member of Jonathan Kutej's Legal Team with all privileges including but not limited to reaceaving Legal mail or any thing to do with my case or any case.

pg. 2 of 2

I declare, Certify, verify, and state ~~un~~ that the foregoing is true and correct.

09-25-14                     Ambassador of Heaven
executed on:                 ~~[signature]~~
                             Authorized Rep
                             Without Recourse

Jonathan Nutes 47601-177
Federal Correctional Institution
Fort Worth TX 76119

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH

2014 SEP 30 PM 2: 36

CLERK OF COURT

47601-177
~~Terry R. Means~~ Clerk
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

NORTH TEXAS TX P&DC
DALLAS TX 750
29 SEP 2014 PM 8 L

