```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION

UNITED STATES OF AMERICA      §
                              §
VS.                           §    CRIMINAL NO. 4:14-CR-074-Y
                              §
JONATHAN KUTEJ      (1)       §
```

## SECOND AMENDED ORDER GRANTING UNOPPOSED
## MOTION TO CONTINUE TRIAL & EXTEND PRETRIAL DEADLINES

Before the Court is Defendant's second motion to continue trial (doc. 56).  After review of the motion, the Court concludes, under 18 U.S.C. § 3161(h)(7)(B)(iv), that a failure to grant the requested continuance would deny the attorney for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

As a result, the Court further concludes, under 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is, therefore, ORDERED that Defendant's motion for a continuance is GRANTED.  The trial of this cause is CONTINUED until 10:30 a.m. on Monday, **November 17, 2014**. The pretrial conference is CONTINUED until 3:00 p.m. on Thursday, **November 13.**

It is further ORDERED that the scheduling order previously issued in this cause is hereby MODIFIED as follows:

(1) the government's deadline for filing its written designation of expert witnesses, if any, is EXTENDED until **October 13** and the defendant's deadline for filing his written designation of expert witnesses, if

     any, is EXTENDED until **October 20;**
(2)  the defendant's deadline for filing pretrial motions is
     EXTENDED until **October 24;**

(3)  the deadline for **filing** witness and exhibit lists is
     EXTENDED until **November 10;**

(4)  the deadline for **exchanging** exhibit notebooks is
     EXTENDED until **November 13.**

SIGNED October 9, 2014.

                              _____
                              TERRY R. MEANS
                              UNITED STATES DISTRICT JUDGE

TRM/lj                              2