TRULINCS 47601177 - KUTJ, JONATHAN DANIEL - Unit: FTW-J-A    4:14-cr-74-Y

---

FROM: 47601177
TO:
SUBJECT:
DATE: 10/30/2014 06:58:57 PM

ORIGINAL

Dear: Terry R. Means

    My mother sent me three separate packages of stuff to read on 10-22-2014 Material printed on printer paper, like she has sent many times before with no problems they have not arrived which means the people that sort the mail in this jail are holding my mail illegally. Because I have recieved nothing notifying me that it has been held and for what reason. Also I have received similar packages since with no issues there's no way three separate packages all have been lost in the mail on there way here. I am sending a copy of this letter to the Ms. Peevy, Warden, Mr. Mckinney, and to Terry R. Means at the court house to go on the record that this jail and the officers involved are holding my mail for no good reason and violating my rights and committing a federal offense by tampering with the mail and theft of mail. If I do not receive my mail by Monday I will take further measures. I'm not asking for allot just my mail. Ya'll already lost some very important outgoing mail because ya'll failed to seal it before it went out, I still have the empty unsealed envelope if you would like to see it. Ya'll have also insisted on blatantly lying to us about having to leave our outgoing mail open so "Ya'll can read it"

All I want is my mail thank you

God bless Jonatha Kutej



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 3 2014
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

NORTH TEXAS TX PNDC
DALLAS TX 750
31 OCT 2014 PM 10 L

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2014 NOV -3 PM 1:38

CLERK OF COURT

legal
Mail

Jonathan Kutey 47601-177
Federal Correctional Institute
Fort Worth, Texas

⇨47601-177⇦
Court Clerk
501 west 10th st
Room 310
FORT Worth, TX 76104
United States