TRULINCS 47601177 - KUTJ, JONATHAN DANIEL - Unit: FTW-J-A

1 of 3

---

FROM: 47601177
TO: Court Clerk
SUBJECT:
DATE: 11/01/2014 07:39:58 PM



District Court of the United States
Northern District

UNITED STATES OF AMERICA )
)
v. ) Account No. 4:14-CR-00074-Y
)
JONATHAN DANIEL KUTEJ, ex rel. )

PETITION TO REPRESENT SELF UNDER THE SIXTH
AMENDMENT OF THE CONSTITUTION FOR THE UNITED STATES OF AMERICA

COMES NOW JONATHAN DANIEL KUTEJ by and through Jonathan Daniel (Hereinafter "Relator") (Ad Hoc Vice), Constitutional National of the united states of America (without the UNITED STATES), and National of the Republic of Texas (NOT the STATE OF TEXAS), Citizen of Heaven on Earth, and files this PETITION TO REPRESENT SELF UNDER THE SIXTH AMENDMENT OF THE CONSTITUTION FOR THE UNITED STATES OF AMERICA and would show the following:

FACTS

It is Relator's desire and wish to exercise his Right to Defend Himself pursuant to the Sixth Amendment of the Constitution for the united states of America (without the UNITED STATES) citing [Faretta v. California, 45 Led2d 562, 422 US 806].

Furthermore, Relator claims his Right to an Evidentiary Hearing prior to any trial to be held and if said evidentiary hearing shall constitute a violation of due process wherein this case must be dismissed.

Relator asserts that He has NOT waived his Sovereign Immunity pursuant to 28 U.S.C. 1602 - 28 U.S.C. 1608.

Relator puts this court on Notice of His intent to Reserve All of His Rights pursuant to UCC 1-308 formerly UCC 1-207 and waives NONE of his Rights at anytime.

Relator DEMANDS that this court STOP operating under Article IV of the Constitution as evidenced by the Fed.R.Civ.P. Rule 1 which states in the History Notes that the term UNITED STATES DISTRICT COURT is used in place of District Court of the United States and reconvene in an Article III Court as a District Court of the United States, and by operating in Article IV while putting forth the impression that the court is operating under Article III, is in fact, "Acting under Color of Law" as described in 18 U.S.C. 241 and 18 U.S.C. 242.

Relator contends that He has a Sixth Amendment Right under the Constitution for the united states of America that he has a Right to understand the "nature and cause" of the charge(s) whereas, Relator made a Mistake of Fact and/or Mistake of Law

Relator contends that 18 U.S.C. 2251 is unconstitutional as applied to the defendant because the defendant is NOT a citizen of any municipal corporation's jurisdiction which would put defendant within the District of Columbia's jurisdiction.

Relator is a Living Soul Manifest known as Man and as such, the UNITED STATES which is defined as a Corporation under 28 U.S.C. 3002(15)(a), does NOT have any jurisdictional authority to bring any charge against him which does NOT meet the requirements of an Article III Court wherein there is an Injured Party who has shown an Injury which is both concrete and palpable and is fairly traceable to the Relator.

Relator has the Right to inform the Jury of the Truth, their Rights, and their Duties pursuant to the First and Sixth Amendments of the Constitution for the united states of America.

Relator has a Right to personal Liberty under the Thirteenth Amendment and hereby accuses this court of secreting the jurisdiction of said "charge" in order to promote an unconstitutional court in order to promote Slavery and Despotism.

Relator has a Sixth Amendment Right to face His accuser and witnesses against him yet this court, through Warren St. John,

has repeatedly violated Relator's Rights to compulsory process, also guarranteed by the Sixth Amendment of the Constitution for the united States of America.

THEREFORE, for the foregoing reasons, Relator exercises his free will and Constitutional Rights to represent the Defendant and DEMANDS this court GRANT His PETITITION TO REPRESENT SELF UNDER THE SIXTH AMENDMENT OF THE CONSTITUTION FOR THE UNITED STATES OF AMERICA.

"All Rights Reserved" "Without Prejudice"

_[signature]_, Agent          Date 11-2-2014

JONATHAN DANIEL KUTEJ

FROM: 47601177
TO:
SUBJECT:
DATE: 11/02/2014 08:59:57 PM

CERTIFICATE OF SERVICE

I, Jonathan Daniel, the undersigned mailer/server, being of sound mind, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That on _11- 2 -_ 2014, I transmitted via carrier "USPS" to the Clerk FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION, to file the foregoing _Petition_ and also transmitted a copy via carrier "USPS" to AUSA, Aisha Saleem for Her own record.

2. That I personally mailed a Total of _1_ documents with combined total of _3_ pages.
Ad Hoc Vice _____, Mailer/Server
                Jonathan Daniel
                Authorized Representative

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FORT WORTH DIVISION

2014 NOV -4  PM 12:07

CLERK OF COURT

Jonathan Kuter, 47601177 Jail
P.O. Box 15330
Federal Correctional Institute
Fort Worth Texas

Court Clerk
501 W 10TH ST
Room 310
Fort Worth Texas