TRULINCS 47601177 - KUTJ, JONATHAN DANIEL - Unit: FTW-J-A

---

FROM: 47601177
TO: Kutej, Dana
SUBJECT: forward to Warren and Aisha Saleem
DATE: 11/03/2014 07:46:40 PM

Dear: Warren St. John

I just got off the phone with my mother and she informed me of your conversation with her and of your intention to come up here and visit with me this week. Unless you have convinced the Government to dismiss the indictment and discharge me from FCI and you are here to take me out to lunch when I get out, or you have obtained a letter confirming that Aisha Will consent to a continuance and you need me to sign the motion to continue. Don't waist your time coming up here I WILL NOT MEET WITH YOU OTHERWISE. Also I will require a notice that you are coming and you have accomplished one of the foregoing things prior to your arrival or I WILL NOT MEET WITH YOU. As I have already notified the District court and the 5th Circuit that you are no longer my attorney and have never fulfilled the duties as counsel.

Thank you for your cooperation
God Bless:

   /s/ Jonathan Daniel
Jonathan Daniel (House of Kutej)
   Authorized representative

Certificate of Service
forwarded to Aisha Saleem
aisha.saleem@usdoj.gov

Jonathan Nutes 47601177
P.O. Box 15330
Federal Correctional Institute
Fort Worth, Texas

RECEIVED
U.S. DISTRICT COURT
N. DIST. OF TX
FORT WORTH DIVISION
2014 NOV -5 AM 11:46
CLERK OF COURT

⇔47601-177⇔
Court Clerk
501 west 10th st
Room 310
FORT Worth, TX 76104
United States

NORTH TEXAS TX P&DC
DALLAS TX 750
04 NOV 2014 PM 1 L