*Dear*

☐ ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV - 5 2014

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

---

UNITED STATES OF AMERICA                )

                                                    )

v.                                      )          No.:  4:14-CR-074-Y

                                                    )

JONATHAN DANIEL KUTEJ, ex rel.         )

---

Special Appearance by *Affidavit*

    I, come now in peace, Jonathan Daniel, "House of Kutej", sui juris, "All rights reserved from birth till death, UCC 1-308, formerly 1-207", In Propria Persona, alive in Full Life, alive both civilly and physically, a living breathing, flesh and blood, Ambassador, Minister, and Son of God, Domiciled in Heaven, temporarily member to the Republic in the Union state, Texas, (hereinafter, Me, me, Myself, myself, I, "non corporate lower case spelling of" Jonathan Daniel Kutej, Jonathan Daniel, Jonathan or Kutej) the innocent, wrongfully accused, affiant, and Authorized Representative of JONATHAN DANIEL KUTEJ the, Defendant, Corporate Fictional Person/Construct/Entity, Civiliter Mortus, (hereinafter, JONATHAN DANIEL KUTEJ, JONATHAN DANIEL, JONATHAN, KUTEJ, Defendant, Straw-man, Straw or It) state the following is true, correct, and complete to the bests of my knowledge, and belief, SO HELP ME God:

TRULINCS  47601177 - KUTJ, JONATHAN DANIEL - Unit: FTW-J-A

--------------------------------------------------------------------------------------------------------

FROM: 47601177
TO:
SUBJECT: reservation of rights
DATE: 10/31/2014 03:14:58 PM

THIS IS A PUBLIC COMMUNICATION TO ALL

ALL RIGHTS RESERVED

UCC 1-308, formerly 1-207

Notice to Agents is Notice to Principles

7905 Colony Rd Tolar Texas

Notice to Principles is Notice to Agents

7905 Colony Rd Tolar Texas

Applications to all successors and assigns

7905 Colony Rd Tolar Texas

All are without excuse

Phone: 254 835 4068

Let it be known to all that I, explicitly reserve all of my rights.

UCC 1-308, formerly UCC 1-207

Further, let all be advised that all actions commenced against me may be in violation of,...

U.S.C. TITLE 18>PART1>CHAPTER 13> 242 Deprivation of rights under color of law

U.S.C. TITLE 18>PART1>CHAPTER 13> 241 Conspiracy against rights

Wherefore all have undeniable knowledge.

Ad Hoc Vice _____
Jonathan  Daniel Kutes

**TRULINCS 47601177 - KUTJ, JONATHAN DANIEL - Unit: FTW-J-A**

---------------------------------------------------------------------------------------------------

FROM: 47601177
TO:
SUBJECT: certificate of service
DATE: 11/03/2014 03:14:23 PM

CERTIFICATE OF SERVICE

I, Jonathan Daniel, the undersigned mailer/server, being of sound mind, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That on _11-03_ 2014, I transmitted via carrier "USPS" to the Clerk FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION, to file the foregoing _Affidavit_ and also transmitted a copy via carrier "USPS" to AUSA, Aisha Saleem for Her own record.

2. That I personally mailed a Total of ___1___ documents with combined total of_____2_____ pages.

Ad Hoc Vice _____,Mailer/Server
              Jonathan Daniel
              Authorized Representative

Nevada

NORTH TEXAS TX FDRC
DALLAS TX 750
04 NOV 2014 PM 10 L

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

2014 NOV -5  AM 11: 47

CLERK OF COURT

Jonathan Hatej 47601177
P.O. Box 15330
Federal Correctional Institute
Forth Worth Texas

◇47601-177◇
Court Clerk
501 west 10th st
Room 310
FORT WORTH, TX 76104
United States

7610236418S