IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:14-CR-074-Y<br>ECF |
| JONATHAN DANIEL KUTEJ (01) | |

## GOVERNMENT'S WITNESS LIST

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 1. | Tasha Sebastian<br>Hood County, TX | Will testify about facts surrounding production of images of MV1, contents of defendant's phone.<br>Probable fact witness | _____/_____ |
| 2. | Robert Young<br>Investigator<br>Hood County DA's Office | Will testify about investigation of defendant, statements, seizure of defendant's phone, chain of custody regarding evidence seized.<br>Probable fact witness | _____/_____ |
| 3. | Jeffrey Shaffer<br>US Secret Service<br>Irving, Texas | Will testify about forensic examination conducted on seized cell phones, procedures used and relevant evidence located.  Will also testify about internet and interstate commerce.<br>Probable expert witness. | _____/_____ |
| 4. | Dave Kolakowski<br>Apple<br>Dallas, Texas | Will testify to interstate commerce nexus/that iPhones are manufactured outside the state of Texas.<br>Probable fact witness. | _____/_____ |
| 5. | Phalyn Murphy<br>Georgia | Can testify about facts surrounding production of images of MV4.<br>Probable fact witness | _____/_____ |

**Government's Witness List - Page 1**

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 6. | A. Maupin<br>DeSoto, Texas | Can testify about statements made by defendant and about facts related to defendant's interest in minors. Possible fact witness | _____/_____ |
| 7. | Dana Filler<br>Granbury, Texas | Can testify about statements made by defendant and about facts related to defendant's interest in minors. Possible fact witness | _____/_____ |
| 8. | Kate Herring<br>Granbury, Texas | Can testify about statements made by defendant to Fuller. Possible fact witness | _____/_____ |
| 9. | Elmore Armstrong<br>HSI<br>Irving, Texas | Can testify about the investigation and surrounding facts, including identification of additional victims, chain of custody. Possible fact witness | _____/_____ |
| 10. | Joni Kuykendall<br>Game Warden<br>Texas Parks & Wildlife | Can testify about statements made by defendant regarding production of child pornography. Possible fact witness | _____/_____ |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile:   817-252-5455
Email: aisha.saleem@usdoj.gov

**Government's Witness List - Page 2**

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 10th day of November, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: Warren St. John.

      */s/ Aisha Saleem*
      AISHA SALEEM
      Assistant United States Attorney