IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | CRIMINAL NO. 4:14-CR-074-Y |
| | § | |
| JONATHAN DANIEL KUTEJ (1) | § | |

**DEFENDANT, JONATHAN DANIEL KUTEJ'S WITNESS LIST**

JONATHAN DANIEL KUTEJ (01), hereby advises that he anticipates the following witnesses may be called:

**LIST OF WITNESSES**

| # | WITNESS | TESTIMONY | SWORN | TESTIFIED |
|---|---|---|---|---|
| 1. | Tasha Sebastian, Hood County, Texas | Factual - Probable | _____ | _____ |
| 2. | Robert Young, Investigator Hood County District Attorney's Office | Factual - Probable | _____ | _____ |
| 3. | Jeffrey Shaffer, United States Secret Service, Irving, Texas | Factual - Probable | _____ | _____ |
| 4. | Dave Kolakowski, Apple, Dallas, Texas | Factual - Probable | _____ | _____ |
| 5. | Phalyn Murphy, Georgia | Factual- Probable | _____ | _____ |
| 6. | A. Maupin, DeSoto, Texas | Factual - Probable | _____ | _____ |
| 7. | Dana Filler, Granbury, Texas | Factual- Probable | _____ | _____ |
| 8. | Dana Kutej, Tolar, Texas | Factual- Probable | _____ | _____ |
| 9. | Kate Herring, Granbury, Texas | Factual- Probable | _____ | _____ |

| 10. | Elmore Armstrong, HSI, Irving, Texas | Factual-Probable | _____ | _____ |
|---|---|---|---|---|
| 11. | Joni Kuykendall, Game Warden, Texas Parks & Wildlife | Factual-Probable | _____ | _____ |

Respectfully submitted,

s/J. Warren St. John
J. WARREN ST. JOHN
State Bar No. 18986300
2020 Burnett Plaza
801 Cherry Street, Unit No. 5
Fort Worth, Texas  76102-6810
Telephone:  817/336-1436
Fax: 817/336-1429
E-mail: jwlawyer@aol.com

ATTORNEY FOR DEFENDANT (1)

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 10, 2014, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Ms. Aisha Saleem.

            s/J. Warren St. John
            J. WARREN ST. JOHN
            Attorney for Defendant (1)