**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
Fort Worth **DIVISION**

HONORABLE Terry R. Means, PRESIDING   COURT REPORTER/TAPE: Ana Warren
DEPUTY CLERK Carmen Bush   USPO
LAW CLERK Lori Johnson
INTERPRETER
CSO: Ted Carmean

CR. No. 4:14-CR-074-Y   DEFT No. (1)

UNITED STATES OF AMERICA   Aisha Saleem, Alex Lewis   AUSA

v.

JONATHAN DANIEL KUTEJ   J. Warren St. John, (standby counsel) (A)
Defendant's Name   Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## HEARING ON MOTIONS

[X] Motion hearing held.

[ ] Hearing Type: [ ] Attorney Appointment [ ] Bail Review & Forfeitures and Nebbia Hearing [ ] Evidentiary Hearing [ ] Mental Competency Hearing [ ] Oral Argument Hearing [ ] Plea Hearing

Date Held: 11-13-14
Time in Court: 39 mins.
Hearing Concluded: [X] Yes [ ] No

**FILED**

**November 13, 2014**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

[ ] If competency hearing, [ ] Psychiatric report presented. Name of physician
[ ] Testimony heard (See Witness Listing).
[ ] [ ] Govt [ ] Deft (evidence presented) [ ] See Exhibit Listing
[ ] Deft _____ motion to suppress [ ] granted [ ] denied [ ] granted in part.
[X] Deft 's motion to represent himself [X] granted [ ] denied [ ] moot.
[ ] Deft _____ motion _____ [ ] granted [ ] denied [ ] moot.
[ ] Deft _____ motion _____ [ ] granted [ ] denied [ ] moot.
[ ] Deft _____ motion _____ [ ] granted [ ] denied [ ] moot.
[ ] Govt motion _____ [ ] granted [ ] denied.
[ ] Deft _____ motion _____ taken under advisement.
[ ] Deft _____ motion _____ taken under advisement.
[ ] Deft _____ oral motion _____ [ ] granted [ ] denied.
[ ] Govt _____ oral motion _____ [ ] granted [ ] denied.
[ ] Bond [ ] continued [ ] revoked
[ ] Deft bond set to $ _____ [ ] Cash [ ] Surety [ ] 10% [ ] PR.
[X] Defendant Custody/Detention continued.
[ ] Defendant REMANDED to custody.

OTHER PROCEEDINGS: The Court will let defendant represent himself, however will appointed J. Warren St. John as standby counsel. The defendant's ORAL motion to continue trial, denied by ORAL order from the bench.

Adjourned until: