```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                  FORT WORTH DIVISION
```

UNITED STATES OF AMERICA §
§
VS. § Criminal No. 4:14-CR-074-Y(1)
§
JONATHAN DANIEL KUTEJ(1) §

### ORDER TO TRANSFER DEFENDANT AND ALLOW ACCESS TO LEGAL PAPERS

Defendant Jonathan Daniel Kutej is representing himself at his upcoming criminal trial, scheduled for November 18, 2014. Defendant is presently housed at the Parker County Jail and does not have access to a law library or to his legal papers. Given that his present confinement would prevent him from adequately preparing for trial, the Court hereby ORDERS the United States Marshals Service to TRANSFER Defendant to FCI-Fort Worth. Upon transfer, Defendant shall have access to all of his legal papers and to the prison's law library in accordance with the facility's rules regarding prisoner access.

SIGNED November 13, 2014.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/lj