IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal No. 4:14-CR-074-Y |
| | § | |
| JONATHAN DANIEL KUTEJ (1) | § | |

## ORDER TO ALLOW ACCESS TO COMPUTER LAB AND EXHIBITS

Defendant Jonathan Daniel Kutej is representing himself at his upcoming criminal trial, scheduled for November 18, 2014. In order to adequately prepare for trial, Defendant will need access to a computer to review certain voluminous exhibits contained on compact discs. Therefore, the Bureau of Prisons is hereby ORDERED to allow Defendant access to the computer lab at FCI-Fort Worth from November 14, 2014 until November 18 for the purpose of trial preparation. Defendant shall have access to all exhibits contained on compact discs and to a computer for the purpose of displaying those exhibits.

SIGNED November 14, 2014.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/lj