IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | CRIMINAL NO. 4:14-CR-074-Y |
| | § | |
| JONATHAN DANIEL KUTEJ (1) | § | |

**DEFENDANT, JONATHAN DANIEL KUTEJ'S SECOND AMENDED WITNESS LIST**

JONATHAN DANIEL KUTEJ (01), hereby advises that he anticipates the following witnesses may be called:

## LIST OF WITNESSES

| # | WITNESS | TESTIMONY | SWORN | TESTIFIED |
| --- | --- | --- | --- | --- |
| 1. | William Bryant Inman, Jr. Parker County Jail | Factual - Probable | _____ | _____ |
| 2. | Johnathon Taylor Walsh Parker County Jail | Factual - Probable | _____ | _____ |
| 3. | Jeffrey David Watts Parker County Jail | Factual - Probable | _____ | _____ |
| 4. | Mark Pape FCI Fort Worth | Factual - Probable | _____ | _____ |
| 5. | Trooper Thomas Anderson Texas DPS | Factual- Probable | _____ | _____ |
| 6. | William Hermesmeyer Federal Public Defender | Factual - Probable | _____ | _____ |
| 7. | Mike Heiskell Attorney at Law | Factual- Probable | _____ | _____ |
| 8. | Danny Tuggle Justice of the Peace, Pct. 4 Hood County, Texas | Factual- Probable | _____ | _____ |
| 9. | Kristy Perry | Factual- Probable | _____ | _____ |

| | | | | |
|---|---|---|---|---|
| 10. | Tasha Sebastian, Hood County, Texas | Factual - Probable | _____ | _____ |
| 11. | Robert Young, Investigator Hood County District Attorney's Office | Factual - Probable | _____ | _____ |
| 12. | Jeffrey Shaffer, United States Secret Service, Irving, Texas | Factual - Probable | _____ | _____ |
| 13. | Dave Kolakowski, Apple, Dallas, Texas | Factual - Probable | _____ | _____ |
| 14. | Phalyn Murphy, Georgia | Factual- Probable | _____ | _____ |
| 15. | A. Maupin, DeSoto, Texas | Factual - Probable | _____ | _____ |
| 16. | Dana Filler, Granbury, Texas | Factual- Probable | _____ | _____ |
| 17. | Dana Kutej, Tolar, Texas | Factual- Probable | _____ | _____ |
| 18. | Kate Herring, Granbury, Texas | Factual- Probable | _____ | _____ |
| 19. | Elmore Armstrong, HSI, Irving, Texas | Factual- Probable | _____ | _____ |
| 20. | Joni Kuykendall, Game Warden, Texas Parks & Wildlife | Factual- Probable | _____ | _____ |
| 21. | Bruce Kutej | Factual- Probable | _____ | _____ |
| 22. | Darla Tolbert | Factual- Probable | _____ | _____ |
| 23. | Suzanne Goodchild, D.O., P.A. | Factual- Probable | _____ | _____ |

Respectfully submitted,

s/Jonathan Daniel Kutej

PRO SE

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2014, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Ms. Aisha Saleem.

s/Jonathan Daniel Kutej

PRO SE