AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 4:14-CR-00074-Y

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION
2014 NOV 19 AM 8:47
_____ CLERK OF COURT

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* William Berkman 31372-177
was received by me on *(date)* 11-14-14.

☐ I served the subpoena by delivering a copy to the named person as follows:
Wendell Thomas 501 W 10th St. Fort Worth, TX
on *(date)* 11-14-14      ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-14-14

_____
Server's signature

Doug Lambertsen
Printed name and title

910 Collier St. #213
Fort Worth, TX.
Server's address

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION
2014 NOV 19 AM 8:47

Case No. 4:14-CR-00074-Y

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* ~~Jeff Clerk of Court~~ ATTS 76317-065

was received by me on *(date)* 11-14-14 .

☐ I served the subpoena by delivering a copy to the named person as follows: Windall Thomas 501 W 10TH ST. Fort Worth, TX, on *(date)* 11-14-14 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ -0-  .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-14-14

*Doug Lambertson*
*Server's signature*

Doug Lambertsen
*Printed name and title*

910 Collier St. #213
Fort Worth, TX.
*Server's address*

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:14-CR-00074-Y

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION
2014 NOV 19  AM 8:47
CLERK OF COURT

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* __Jonathon T. Walsh  7519-177__
was received by me on *(date)* __11-14-14__ .

☐ I served the subpoena by delivering a copy to the named person as follows:
__Windale Thomas, 501 W 10th St,__
__Fort Worth, TX__                    on *(date)* __11-14-14__       ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ __0__ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11-14-14__

__Doug Lambertsen__
Server's signature

__Doug Lambertsen__
Printed name and title

__910 Collier St. #213__
__Fort Worth, TX__
Server's address

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION
2014 NOV 19 AM 8:47

Case No. 4:14-CR-074-Y (01)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* __DANNY TUGGLE__
was received by me on *(date)* __11-18-14__.

☐ I served the subpoena by delivering a copy to the named person as follows: __DANNY TUGGLE__
__By FAX 817-573-3836__
on *(date)* __11-18-14__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ __0__ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11-18-14__

__Doug Lambertsen__
*Server's signature*

__DOUG LAMBERTSEN__
*Printed name and title*

__910 Collier St. #213__
__Fort Worth, TX__
*Server's address*

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  4:14-CR-074-Y (01)

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION
2014 NOV 19  AM 8:47
_____ CLERK OF COURT

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* William Hermesmeyer

was received by me on *(date)* 11-18-14.

☐ I served the subpoena by delivering a copy to the named person as follows: William Hermesmeyer
By Fax 817-978-2757

on *(date)* 11-18-14 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0 .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 11-18-14

_____
Server's signature

Doug Lambertsen
Printed name and title

910 Collier St. # 213
Server's address
Fort Worth, TX.

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 4:14-CR-074-Y (01)

## PROOF OF SERVICE

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 NOV 19 AM 8:47

CLERK OF COURT

This subpoena for *(name of individual and title, if any)* Luke Heiskell
was received by me on *(date)* 11-18-14.

☐ I served the subpoena by delivering a copy to the named person as follows: Luke Heiskell
By Fax 817-496-1102
on *(date)* 11-18-14 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ -0- .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-18-14

_____
Server's signature

Doug Lambertsen
Printed name and title

910 Collier St. #213
Server's address
Fort Worth, TX.

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

Case No. 4:14-CR-074-Y (01)

## PROOF OF SERVICE

2014 NOV 19 AM 8:47

CLERK OF COURT

This subpoena for *(name of individual and title, if any)* Thomas Anderson
was received by me on *(date)* 11-18-14.

☐ I served the subpoena by delivering a copy to the named person as follows: Thomas Anderson
By FAx 817-579-3347
on *(date)* 11-18-14 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0 .

My fees are $ 0 for travel and $ ____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-18-14

*Server's signature*

Doug Lambertsen
*Printed name and title*

910 Collier St. #213
Fort Worth, TX
*Server's address*

Additional information regarding attempted service, etc: