# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
## Fort Worth DIVISION

HONORABLE: Terry R. Means, Presiding
DEPUTY CLERK: Carmen Bush
COURT REPORTER: Ana Warren
LAW CLERK: Lori Johnson
USPO:
INTERPRETER:
CSO: Ted Carmean

UNITED STATES OF AMERICA
v.
CR. No. 4:14-CR-074-Y (1)
Aisha Saleem, Alex Lewis — AUSA
Elmore Armstrong — Case Agent

JONATHAN DANIEL KUTEJ
Defendant(s) Name and Number(s)

Pro se, w/J Warren St John as standby cnsl, (A)
Counsel for Deft(s) Appt-(A), Retd-(R), FPD-(F)

**1st DAY OF ☒ JURY ☐ COURT TRIAL**

Date Held: 11/18/14
Time in Court: 3 hrs 50 m
Trial as to Counts: 1 & 2 of superseding indictment.

Trial Status:
☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☐ Settled/Guilty Plea

Days in Trial: 1
Hearing Concluded: ☐ Yes ☒ No

☐ Deft. _____ failed to appear, bench warrant to issue.
☐ Pretrial Conference held prior to trial.
☒ Voir dire begins.   ☐ Bench trial begins.   ☐ Waiver of Jury Trial.
☒ Jury impaneled. ☒ Jury selected ☒ Jury sworn; opening statements.
☐ Jury trial held.   ☐ ...... Bench trial held.
☐ Govt ☐ Deft evidence presented.
☒ Deft Kutej's _____ motion for continuance of trial ☐ granted ☒ denied ☐ moot; by ORAL order.
☐ Govt motion for _____ ☐ granted ☐ denied.
☐ Deft _____ motion _____ taken under advisement.
☐ Deft _____ motion _____ ☐ granted ☐ denied.
☐ Evidence concluded.
☐ Final arguments.  ☐ .... Court deliberating.
☐ Court's charge to the jury.
☐ Jury deliberating. ☐ .... Jury questions filed.
☐ Jury verdict Rendered (See Verdict Form).
☐ Court verdict Rendered (See Verdict Form).
☐ Jury trial ends.
☐ Order for PSI, Disclosure and Sentencing dates entered.
☐ Sentencing set for _____ at _____ .
☐ Bond ☐ continued ☐ revoked
☐ Deft bond set to $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☒ Defendant Custody/Detention continued.
☐ Defendant REMANDED to custody.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 18 2014
CLERK U.S. DISTRICT COURT
By _____ Deputy

STATUS OF EXHIBITS: In possession of the _____
OTHER PROCEEDINGS: Deft's motion to re-submit stricken affidavits (DENIED); Deft's motion to dismiss indictment (DENIED);
Deft's second motion to suppress (DENIED)

Adjourned until. 10:00 am., November 18, 2014.