AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 4:14-CR-074-Y (01)

**ORIGINAL**

## PROOF OF SERVICE

*U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF TEXAS*
**FILED**
**NOV 19 2014**
CLERK, U.S. DISTRICT COURT
By _____ Deputy

This subpoena for *(name of individual and title, if any)* SUZANNE GOODCHILD D.O. P.A.
was received by me on *(date)* 11/19/14.

☑ I served the subpoena by delivering a copy to the named person as follows:
LOUISE FUNK
on *(date)* 11/19/14, 12:00 PM; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/19/14

_____
*Server's signature*

JOHN HARRINGTON, INVESTIGATOR
*Printed name and title*

910 COLLIER ST, FORT WORTH TX.
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jonathan Daniel Kutej | ) | Case No. 4:14-CR-074-Y (01) |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Suzanne Goodchild, D.O., P.A.
2200 James Road
Granbury, Texas 76049

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States Courthouse 501 W. 10th Street Fort Worth, Texas 76102 | Courtroom No.: | Honorable Terry R. Means, 2nd Fl. |
|---|---|---|---|
| | | Date and Time: | 11/19/2014 2:00 pm |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 11/19/2014

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Jonathan Kutej, Pro Se__
_____, who requests this subpoena, are: