IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 20 2014
CLERK U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

v.

JONATHAN DANIEL KUTEJ (01)

NO. 4:14-CR-074-Y
ECF

## VERDICT

Count One:

We the jury find the defendant, JONATHAN DANIEL KUTEJ, _Guilty_ as to Count One of the Indictment, image file IMG_2400.JPG.

We the jury find the defendant, JONATHAN DANIEL KUTEJ, _GUILTY_ as to Count One of the Indictment, image file IMG_2401.JPG.

Count Two:

We the jury find the defendant, JONATHAN DANIEL KUTEJ, _GUILTY_ as to Count Two of the Indictment, image file IMG_2311.JPG.

We the jury find the defendant, JONATHAN DANIEL KUTEJ, _GUILTY_ as to Count Two of the Indictment, image file IMG_2313.JPG.

_____
Signature of Presiding Juror

_11/20/14_
Date

Verdict Form