IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

NOV 20 2014

CLERK U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

v.

JONATHAN DANIEL KUTEJ (01)

No. 4:14-CR-074-Y
ECF

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | T. Sebastian<br>R. Young<br>J. Shaffer | Sebastian's phone (physical evidence) | ✓ | ✓ | NOV 19 2014 |
| 2. | R. Young<br>T. Sebastian | Screenshot– Pinger app from Sebastian's phone | ✓ | ✓ | NOV 19 2014 |
| 3. | R. Young<br>T. Sebastian | Screenshot – contacts from Sebastian's phone | ✓ | ✓ | NOV 19 2014 |
| 4. | R. Young<br>T. Sebastian<br>J. Shaffer | Screenshot -MV1 image on Sebastian's phone | ✓ | ✓ | NOV 19 2014 |
| 5. | R. Young<br>T. Sebastian | Photograph - Bedroom | ✓ | ✓ | NOV 19 2014 |
| 6. | R. Young<br>T. Sebastian | Photograph - Bedroom bedding | ✓ | ✓ | NOV 19 2014 |
| 7. | R. Young<br>T. Sebastian | Photograph - Bedroom MV1 - clothing | ✓ | ✓ | NOV 19 2014 |
| 8. | R. Young<br>T. Sebastian | Screenshot – recents (mother's iPhone) | ✓ | ✓ | NOV 19 2014 |

Government's Exhibit List - Page 1

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 9. | R. Young<br>T. Sebastian | Screenshot – MV1 text from Kutej (mother's iPhone) | ✓ | ✓ | NOV 1 9 2014 |
| 10. | R. Young<br>T. Sebastian | Screenshot – ruse (mother's iPhone) | ✓ | ✓ | NOV 1 9 2014 |
| 11. | R. Young | Photograph - Kutej | ✓ | ✓ | NOV 1 9 2014 |
| 12. | R. Young | Photograph - Kutej Close up – hands | ✓ | ✓ | NOV 1 9 2014 |
| 13. | R. Young | Photograph - Kutej Close up - thumbs | ✓ | ✓ | NOV 1 9 2014 |
| 14. | R. Young<br>J. Shaffer<br>E. Armstrong | Kutej's iPhone | ✓ | ✓ | NOV 19 2014 |
| 15. | R. Young<br>J. Shaffer<br>T. Sebastian | Image of Sebastian from iPhone (redacted) | ✓ | ✓ | NOV 1 9 2014 |
| 16. | R. Young<br>T. Sebastian<br>J. Shaffer | img_2396.jpg (MV1 - asleep) | ✓ | ✓ | NOV 1 9 2014 |
| 17. | R. Young<br>T. Sebastian<br>J. Shaffer | img_2397.jpg (MV1 – close up) | ✓ | ✓ | NOV 1 9 2014 |
| 18. | R. Young<br>T. Sebastian<br>J. Shaffer | img_2398.jpg (MV1 – close up) | ✓ | ✓ | NOV 1 9 2014 |
| 19. | J. Shaffer<br>T. Sebastian<br>R. Young | img_2399.jpg (MV1 – lower torso) | ✓ | ✓ | NOV 1 9 2014 |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 20. | J. Shaffer<br>T. Sebastian<br>R. Young | img_2400.jpg<br>(MV1- close up - thumb) | ✓ | ✓ | NOV 19 2014 |
| 21. | J. Shaffer<br>T. Sebastian<br>R. Young | img_2401.jpg<br>(MV1 – fingers) | ✓ | ✓ | NOV 19 2014 |
| 22. | J. Shaffer<br>P. Murphy<br>R. Young<br>E. Armstrong | img_2035.jpg<br>(MV4 – standing) | ✓ | ✓ | NOV 19 2014 |
| 23. | J. Shaffer<br>P. Murphy<br>R. Young<br>E. Armstrong | img_2038.jpg<br>(MV4 & Kutej) | ✓ | ✓ | NOV 19 2014 |
| 24. | J. Shaffer<br>P. Murphy<br>R. Young<br>E. Armstrong | img_2304.jpg<br>(MV4 in bathing suit) | ✓ | ✓ | NOV 19 2014 |
| 25. | J. Shaffer<br>P. Murphy<br>R. Young<br>E. Armstrong | img_2295.jpg<br>(close up MV4 bathing suit) | ✓ | ✓ | NOV 19 2014 |
| 26. | J. Shaffer<br>P. Murphy<br>R. Young<br>E. Armstrong | img_2299.jpg<br>(close up MV4 bathing suit) | ✓ | ✓ | NOV 19 2014 |
| 27. | J. Shaffer<br>P. Murphy<br>R. Young<br>E. Armstrong | img_2305.jpg<br>(close up MV4 bathing suit) | ✓ | ✓ | NOV 19 2014 |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 28. | J. Shaffer<br>P. Murphy<br>R. Young<br>E. Armstrong | img_2093.jpg<br>(MV4 & Kutej) | ✓ | ✓ | NOV 19 2014 |
| 29. | J. Shaffer<br>P. Murphy<br>R. Young<br>E. Armstrong | img_2310.jpg<br>(MV4 in bathtub) | ✓ | ✓ | NOV 19 2014 |
| 30. | J. Shaffer<br>P. Murphy<br>R. Young<br>E. Armstrong | img_2311.jpg<br>(MV4 – torso nude)<br>indicted image | ✓ | ✓ | NOV 19 2014 |
| 31. | J. Shaffer<br>P. Murphy<br>R. Young<br>E. Armstrong | img_2312.jpg<br>MV4 - nude<br>sitting on bed | ✓ | ✓ | NOV 19 2014 |
| 32. | J. Shaffer<br>P. Murphy<br>R. Young<br>E. Armstrong | img_2313.jpg<br>(MV4- nude)<br>indicted image | ✓ | ✓ | NOV 19 2014 |
| 33. | J. Shaffer<br>P. Murphy<br>R. Young<br>E. Armstrong | img_2314.jpg<br>MV4 – getting dressed | ✓ | ✓ | NOV 19 2014 |
| 34. | J. Shaffer<br>P. Murphy<br>R. Young<br>E. Armstrong | img_2157.jpg<br>MV4 & Kutej | ✓ | ✓ | NOV 19 2014 |
| 35. | J. Shaffer<br>P. Murphy<br>R. Young<br>E. Armstrong | img_3306.jpg<br>MV4 & P. Murphy | ✓ | ✓ | NOV 19 2014 |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 36. | J. Shaffer<br>R. Young<br>E. Armstrong | forensic reports Kutej's phone and Sebastian's phone (thumb drive) | | | |
| 37. | J. Shaffer<br>T. Sebastian<br>E. Armstrong | disk - phone chats<br>(1) Kutej and Sebastian<br>(2) Kutej and Murphy | | | |
| 38. | J. Shaffer<br>T. Sebastian<br>E. Armstrong | chat communication Sebastian & Kutej (8/14 – 8/16/2013) (excerpt - 6 pages) | | | |
| 39. | J. Shaffer<br>T. Sebastian<br>E. Armstrong | chat communication Sebastian & Kutej (07/16/2013) (excerpt - 4 pages) | | | |
| 40. | J. Shaffer<br>T. Sebastian<br>E. Armstrong | chat communication Sebastian & Kutej (08/12/2013) (excerpt - 3 pages) | | | |
| 41. | J. Shaffer<br>P. Murphy<br>E. Armstrong | chat communication P. Murphy & Kutej (07/14 – 7/18/2013) (excerpt - 22 pages) | ✓<br>on motion of △ | ✓ | NOV 19 2014 |
| 42. | J. Shaffer<br>A. Maupin<br>E. Armstrong | disk of all chat communications between A. Maupin and Kutej | | | |
| 43. | J. Shaffer<br>A. Maupin<br>E. Armstrong | chat communication Maupin & Kutej (8/07/2013) (excerpt - 5 pages ) | | | |

Government's Exhibit List - Page 5

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 44. | J. Shaffer<br>A. Maupin<br>E. Armstrong | chat communication Maupin & Kutej (8/09/2013) (excerpt - 4 pages) | ✓ | ✓ | NOV 19 2014 |
| 45. | J. Shaffer<br>A. Maupin<br>E. Armstrong | chat communication Maupin & Kutej (8/10/2013) (excerpt - 4 pages) | ✓ | ✓ | NOV 19 2014 |
| 46. | J. Shaffer<br>A. Maupin<br>E. Armstrong | chat communication Maupin & Kutej (8/07/2013) (excerpt - 3 pages) | | | |
| 47. | J. Shaffer<br>A. Maupin<br>E. Armstrong | chat communication Maupin & Kutej (8/09/2013) (excerpt - 2 pages) | ✓ | ✓ | NOV 20 2014 |
| 48. | J. Shaffer<br>A. Maupin<br>E. Armstrong | chat communication Maupin & Kutej (8/12/2013) (excerpt - 11 pages) | ✓ | ✓ | NOV 20 2014 |
| 49. | J. Shaffer<br>R. Young<br>E. Armstrong | device information, contacts list – Kutej's phone (3 pages) | ✓ | ✓ | NOV 19 2014 |
| 50. | R. Young<br>D. Filler | disk of recorded call between Young and Filler | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 51. | R. Young | copy of Miranda card | ✓ | ✓ | NOV 19 2014 |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ Aisha Saleem
AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
Email: aisha.saleem@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 10th day of November, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: Warren St. John.

/s/ Aisha Saleem
AISHA SALEEM
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § |
| --- | --- |
| | § |
| VS. | § CRIMINAL NO. 4:14-CR-074-Y |
| | § |
| JONATHAN DANIEL KUTEJ   (1) | § |

ADDITIONAL EXHIBITS OFFERED BY THE Defendant
NOT PREVIOUSLY LISTED PURSUANT TO COURT'S
"FINAL SCHEDULING ORDER"

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
| --- | --- | --- | --- | --- | --- |
| 1 | Agent | Stmt of mother | ✓ | ✓ | NOV 19 2014 |
| 2A | Ofcr Young | Photo: D's home (aerial) | ✓ | ✓ | NOV 20 2014 |