ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 2 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 4:14-CR-074-Y |
| | ) | |
| JONATHAN DANIEL KUTEJ, ex rel. | ) | |

**Enumeration of Notices of Appeal by Special Appearance**

 I, come now in peace, Jonathan Daniel, "House of Kutej", sui juris, "All rights reserved from birth till death, UCC 1-308, formerly 1-207", In Propria Persona, alive in Full Life, alive both civilly and physically, a living breathing, flesh and blood, Ambassador, Minister, and Son of God, Domiciled in Heaven, temporarily member to the Republic in the Union state, Texas, (hereinafter, Me, me, Myself, myself, I, "non corporate lower case spelling of" Jonathan Daniel Kutej, Jonathan Daniel, Jonathan or Kutej) the innocent, wrongfully accused, affiant, and Authorized Representative of JONATHAN DANIEL KUTEJ the, Defendant, Corporate Fictional Person/Construct/Entity, Civiliter Mortus, (hereinafter, JONATHAN DANIEL KUTEJ, JONATHAN DANIEL, JONATHAN, KUTEJ, Defendant, Straw-man, Straw or It) state the following is true, correct, and complete to the bests of my knowledge, and belief, SO HELP ME God:

TRULINCS 47601177 - KUTJ, JONATHAN DANIEL - Unit: FTW-J-A

---

FROM: 47601177
TO:
SUBJECT: appeal motion to compel discovery
DATE: 11/29/2014 06:30:12 PM

Notice is hereby given Jonathan Daniel in the above named case hereby appeal to the United States Court of Appeals for the 5th Circuit from the judgment on Motion to Compel Discovery read into the record during trial on the 18th day of November, 2014.

_____        12-1-2014
Signature Appellant,                   Date:
Authorized Representative,
sui juris, prohac vice.

Address:
7905 Colony Road,
Tolar Texas

TRULINCS 47601177 - KUTJ, JONATHAN DANIEL - Unit: FTW-J-A

---

FROM: 47601177
TO:
SUBJECT: Notice of appeal of Acquittal
DATE: 11/29/2014 06:31:09 PM

Notice is hereby given that Jonathan Daniel in the above name case hereby appeal to the United States Court of Appeals for the 5th Circuit from the final Judgment of Acquittal, Docket #125 entered in this action at trial on the 20th, day of November, 2014.

_____          12-1-2014
Signature of appellant,                Date:
Authorized Representative,
sui juris, pro hac vice.

Address:
7905 Colony Road,
Tolar, Texas

TRULINCS 47601177 - KUTJ, JONATHAN DANIEL - Unit: FTW-J-A

---

FROM: 47601177
TO:
SUBJECT: notice of appeal CONTINUANCE
DATE: 11/29/2014 06:31:47 PM

Notice is hereby given that, Jonathan Daniel in the above named case hereby appeal to the United States Court of Appeals for the 5th Circuit from the final judgment of, Motion to Continue Trial, Docket #119 entered in this action on the 19th, day of November, 2014.

_[signature]_    12-1-2014

Signature of appellant,
Authorized Representative,
sui juris, pro hac vice.

Address:
7905, Colony Road,
Tolar, Texas.

TRULINCS 47601177 - KUTJ, JONATHAN DANIEL - Unit: FTW-J-A

---

FROM: 47601177
TO:
SUBJECT: Notice of appeal vagueness
DATE: 11/29/2014 06:42:56 PM

Notice is hereby given that Jonathan Daniel in the above named case hereby appeal to the United States Court of Appeals for the 5th Circuit from the "Motion to Dismiss Void for vagueness", read into the record during the trial on the 18th day, of November, 2014.

_____        12-1-2014
Signature Appellant                     Date:
Authorized Representative
sui juris, prohac vice

Address:
7905 Colony Road
Tolar Texas

TRULINCS 47601177 - KUTJ, JONATHAN DANIEL - Unit: FTW-J-A

---

FROM: 47601177
TO:
SUBJECT: notice of appeal dismiss Indictment
DATE: 11/29/2014 06:48:41 PM

Notice is hereby given that Jonathan Daniel in the above named case hereby Appeal to the United States Court of Appeals for the 5th Circuit from the Motion to Dismiss Indictment read into the record during the trial on the 18th day of November, 2014.

Signature Appellant,
Authorized Representative,
sui juris, prohac vice.

12-1-2014
Date:

Address:
7905 Colony Road
Tolar Texas

TRULINCS 47601177 - KUTJ, JONATHAN DANIEL - Unit: FTW-J-A

---

FROM: 47601177
TO:
SUBJECT: Notice to appeal Motion to Resubmit Stricken affi
DATE: 11/29/2014 06:54:29 PM

Notice is hereby given that Jonathan Daniel in the above named case hereby appeal to the United States Court of Appeals for the 5th Circuit from the Motion to Resubmit Stricken Affidavits read into the record during the trial on the 18th day, of November, 2014.

_[signature]_              12-1-2014

Signature Appellant,
Authorized Representative,
sui juris, prohac vice.

Date:

Address:
7905 Colony Road
Tolar Texas

TRULINCS 47601177 - KUTJ, JONATHAN DANIEL - Unit: FTW-J-A

----------------------------------------------------------------------------------------

FROM: 47601177
TO:
SUBJECT: notice for appeal  Motion to Suppress Evidence
DATE: 11/29/2014 06:59:51 PM

Notice is hereby given that Jonathan Daniel in the above named case hereby appeal to the United States Court of Appeals for the 5th Circuit from the Motion to Suppress Evidence, read into the record during the trial on the 18th day of November, 2014.

_____
Signature Appellant,
Authorized Representative,
sui juris, prohac vice.

12-1-2014
Date:

Address:
7905 Colony Road,
Tolar Texas

I declare under penalty of perjury under the laws of the Republic where I temporarily occupy but do not maintain a "domicile" or "residence" and from without the "United States" defined in 28 U.S.C. §1603(c) 26 U.S.C. §7408(d), and 26 U.S.C. §7701(a)(9) and (10) and only when litigated under the following conditions that the facts, exhibits, and statements made by in this and the attached ~~pleading~~ [Affidavit or pleading] me are true, correct, and complete to the best of my knowledge and ability in accordance with 28 U.S.C §1746(1).

1. Jury trial in a court of a state of the Union and not a federal court.
2. Constitutional diversity of citizenship under U.S. Constitution Article III, Section 2 but NOT statutory diversity pursuant to 28 U.S.C. §1332(a)(2).
3. No jurist or judge may be a statutory "U.S. citizen" under 8 U.S.C. §1401, a "taxpayer" under 26 U.S.C. §7701(a)(14), or be in receipt of any federal financial or other privilege, benefit, or employment, nor maintain a domicile on federal territory in order to avoid violating 18 U.S.C. §597 and 28 U.S.C. §455. Such persons would NOT be my "peers", but my mortal socialist enemies.
4. The common law of the state of the Union and no federal law or act of Congress or the Internal Revenue Code are the rules of decision, as required Fed.R.Civ.P. Rule 17(b), 28 U.S.C. §1652, and Erie RR v. Tompkins, 304 U.S. 64 (1938).
5. Any judge who receives retirement or employment benefits derived from Subtitle A of the I.R.C. recuse himself in judging the law and defer to the jury to judge both the facts and the law, as required under 18 U.S.C. §208, 28 U.S.C. §144, and 28 U.S.C. §455. [Affidavit, pleadings]
6. All of the ~~pleadings~~ [Affidavit, pleadings], exhibits, and statements made, including those about the law, are admitted into evidence and subject to examination by the jury and/or fact finder.
7. None of the ~~pleadings~~ [pleadings] in the case are sealed or unpublished so as to cover up government wrongdoing or otherwise obstruct justice.
8. The signator is not censored or restricted by the judge in what he can say to the jury during the trial.
9. Submitter is treated as a "foreign sovereign" under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602 through 1611.
10. Submitter is not treated as a "person" under 26 U.S.C. § 6671(b) or 26 U.S.C. §7343, which is defined as an officer of a corporation or partnership who has a fiduciary duty to the public as a "public officer". See: http://sedm.org/Forms/MemLaw/WhyThiefOrEmployee.pdf
http://sedm.org/Forms/Affidavits/AffCorpDenial.pdf
11. Submitter is not treated as an "individual", which is defined in 5 U.S.C. § 552a(a)(2) as a "U.S. Citizen" under 8 U.S.C. §1401 or a permanent resident, who collectively are domiciliaries of the "United States", which is defined as the "District of Columbia" in 26 U.S.C. §7701(a)(9) and (a)(10) and is not extended elsewhere in the code to include states of the Union.
12. If the I.R.C. Subtitle A, which is private law, a "public right", a franchise, and a "statutory privilege" that only applies to those who consent explicitly or implicitly, is cited by the opponent against the Submitter, then the opponent must provide written proof of informed consent by the Submitter to the terms of the private law being cited. This is a fulfillment of the requirement that when jurisdiction is challenged, proof of jurisdiction must appear on the record. Otherwise, the private law must be removed from evidence of a liability or obligation. "Waivers of Constitutional rights not only must be voluntary, but must be knowing, intelligent acts done with sufficient awareness of the relevant circumstances and likely consequences." [Brady v. U.S., 397 U.S. 742 (1970)]

Non-acceptance of this affirmation or refusal to admit all evidence attached to this ~~pleading~~ [Affidavit, pleading and/or Affidavit] into the record by the Court shall constitute evidence of duress upon the Submitter. This affirmation is an extension of my right to contract guaranteed under Article 1, Section 10 of the United States Constitution and may not be interfered with by any court of a State of the Union or of the United States

_____    12-1-2014
Signature                    Date Signed

RECEIVED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TX

2014 DEC -2 PM 1:21

CLERK OF COURT

Jonathan Hutter 47601-177
P.O. Box 15330
Federal Correctional I
Fort Worth Texas

NORTH TEXAS TX PDC
DALLAS TX 750
01 DEC 2014 PM 1 L

⇨47601-177⇨
Court Clerk
501 west 10th st
Room 310
FORT Worth, ~~Fxrxst~~ Texas
United States

7610236 4185