TRULINCS  47601177 - KUTJ, JONATHAN DANIEL - Unit: FTW-J-A

--------------------------------------------------------------------------------

FROM: 47601177
TO:
SUBJECT:
DATE: 01/23/2015 06:47:55 PM



Dear Warren  St. John

I'm am requesting that you come to FCI Fort Worth to see me ASAP, and discuss, what our relationship consist of right now if any. My mother already talked to your wife and she told her that, I am on my own because I'm pro se yet you are obviously envolved. The DA. has sent forfeiture documents to me through you and you came up here with the probation officer for the PSI investigation yet when my mother has emailed you about matters regarding my appeals you are telling her that its all on me. Then Aisha is also not sending or addressing documents or matters to me. How can I be pro se if I'm not being treated as if I am in fact pro se.  This matter needs to be addressed, once again I never wanted to be my own counsel I felt like I had no choice whatsoever and was forced. I was put in the position that if I didn't do something to protect myself nobody was going to and that's how I felt seeing as you came to see me twice in almost 6 months to prepare for a trial and not even once in the last 60 day extension. What was I supposed to do.

Certificate of Service

I, Jonathan Daniel, the undersigned mailer/server, being of sound mind, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That on 1-23-2015 I transmitted via carrier "USPS" to the Clerk FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION, to file the foregoing request and also transmitted a copy via carrier "USPS" to Warren St. John his own record.

2. That I personaly mailed a tolal of 1 document with combined total of 1 page.

Pro Hac Vice _____ ,Mailer/Server
        Jonathan Dainel
        Authorized Representative



NORTH TEXAS TX P&DC
DALLAS TX 750
26 JAN 2015 PM 9 L

47601177 Jonathon Kutes
P.O Box, 15330
Federal Correctional Institute
Fort Worth TX

⇔47601-177⇔
Court Clerk
501 west 10th st
Room 310
FORT Worth, TX 76104
United States

76102364185

CLERK OF COURT

2015 JAN 28  AM 10:54

U.S. DISTRICT COURT
RECEIVED