Case NO. 4:14-CR-74-Y

1 of 15

RECEIVED

FEB 24 2015

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Dear Terry R. Means

It is the 9th of Feb and I ~~For that not~~ "Jonathan Daniel Kute," am setting in a segregation cell at FCI Fort Worth. I Recieved my copy of the PSR that I am Supposed to make objections to, on the evening of Wed the 4th and was pulled from my cell on the morning of Thurs the 5th along with two other guys and informed that we were going to seg because the day before 30 or 40 guys gathered around Goldsby are counselor and were voicing concerns about a guard that was being extremely disrespectfull to everyone cussing and ~~scree~~ screeming at all the inmates. We were simply looking to him for answers to the persisting daily abuse. The guard "Ms Madrid" wasn't even in the Unit to whitness, the group gather up and start speaking to Goldsby until the very end when she walked up with the same attitude ~~told~~ and told some of us to shutt up. Then decided to pick 3 of us as the inmates that initiated a so called mob, yet when I walked up there were already about 20 guy's already talking to Goldsby. Goldsby then told us it was time for chow and this very peacefull group dispersed without a problem at all.

2 of 15

Untill the next morning when we were pulled out of our cells and informed of this alligation of leading a mob which was nothing more then retaliation to us complaining. This is nothing new coming from her in the last two weeks 30 people have gotten thrown in seg. She has also continuesly harrassed me I believe because the nature of my charge. I am telling you this for two reasons. One in case the prosecution trys to use this against me in sentenceing, I wanted to come clean of this and make clear my side first. Two Because of the constent harrassment, deppression, and anxiety. I had a complete and total melt down had enough that I had to be put on suicide watch for two days then I was moved to seg Sat the 7th. I'm still in seg and I just recieved my legal work today, most importantly my PSR that I have barely had time to read. I do realize that the deadline for these objections is the 11th. After reading the PSR "all 115 points" I realize that almost every single one of them has something wrong with it. That and the fact that I am in seg with no contact other then regular mail to any recources inside or outside that can help me including Warren of. John who a recently learned

3 of 15

is in the middle of his Chris Kyle trial which is the reason I recieved no help and had no deffense whatsoever, whom I have requested to help me, in a letter with no response. My mother who has been the only person to really help with my case, that I can't call or email to help me with statements, evidence and/or whitnesses for my deffense. My mental health that has been very bad for years but has done nothing but decline during this whole poocess especially months prior to trial, during trial and since trial because of the helplessness and hopelessness I have felt due to my dealings with or lack of dealings with lawyers. I have sought help from every resource there is here, including, psychology Psychiatry and talking to our counselor. I have been talking to psychology regularly since I have been here "Since 4-15-14" which has helped but hasn't been even close to enough. Basically between the experiences I have had with the 3 lawyers I have dealt with William Hermismyer, Mike Hieskel, and Warren st. John and the lies, deception, trickery and blatont disregard for any of my requests, Rights and/or questions and the harrassment bullying and threats I have induced here for almost a year by the

inmates and Guards. The already severe mintal problems, PTSD, Paranoya, extreme anxiety, deppression etc, due to the head injury that I incurred. That is responsible for the extremely severe debilitating Cluster Headaches that have plagued me for the past 13 yrs. Which by the way I just got over a month and a half long Cluster of these headaches every night 3 to 6 times a night. As if all this wasnt enough I was backed against a wall and forced to decide wether to have no deffense at all and no voice of my own to defend myself or take it apon my self to atleast make an effort to defend myself. I was, absolutly, scared to death, terified, even had a complete and total meltdown Breakdown the friday night I was brought back to FCI with three days to prepare for trial. They even had to call in psych to talk to me at midnight because I was histerical. My decision to defend myself was not an easy one and not at all one I wanted to make. I did not and donot want to do this all by myself. All I wanted and want is Help, help me tally to

be a better man, father, and son and help with this case and these charges. Somebody that will actually do what they say they are going to do and listen to what I have to say. Unlike William Hermismyer who on our first meeting that we should let the Indictment happen but then come back a few days later and said he had changed his mind that we should extend the time for indictment because. He needed time to "work" also told me he was going to work on getting the charges lowered which he didn't do or try to do and that he was going to get me a psych eval to show state of mind at the time of the alleged crime he didn't and stated he didn't have time to do it. I asked him what he did do and he said that he had talked to the DA and she really didn't like me. He had also stated prior to the extension that he was sure that we could get the charges lowered. Then he come back early April and said do to evidense the DA has now there is no way she will lower the charges and is threatning to add charges if I dont plea guilty preindictment. I was very angry at Hermismier and asked him

6 of 15

why he extended time to indict.
He said so he could work on
things "I assumed he ment my case"
I asked What things and stated
he had done nothing he said he
would do at all except give the
DA more time to screw me over.
I said let me guess you needed
time to work on your other cases.
He said yes he did, he had alot of
cases and it wasn't like I was going
anywhere anyway. I said wait a minute.
I'm inocent until proven guilty he
said "no your not we have a 98%
Conviction rate, you are precieved
to be guilty" I was shoked that
my lawyer said that. I realized
crystal clear that the extension
wasnt in my best interst at
all. ① The extension was so the
prose cution had more time
to build a case for an indictment
and for Hermismier to work on
his heavy case load. I trusted
him to act in my best interest,
which I should have been able
to trust my counsel to act in
my best interest. So he had completly
lied to me and decieved me.
This was my first experience with
a court appointed Attornie. He was
also scaring and coercing my
family by lieing to them, to get

7 of 15

them to persuade me to ple guilty to something I had already told him I didn't do. After that I talked to my mother about all of these thing and that I didn't trust him at all and that he wasn't working for me at all. Also told her that I was firing him no matter what she told me to wait on that because she was looking into hiring a lawyer. The next meeting I had with him he came in and was telling me if I didn't plea guilty the were going to add charges and they could give me sixty years. It was all threats to me. I told him my mother was trying to hire a lawyer and that I was very upset and disappointed how he had handled my case and treated me like I didn't matter. Told him it didn't matter if she got a lawyer or not that I was done with him and that he was fired, he tried to tell me I couldn't fire him once again, more lies. So I did fire him, I told him I was appalled at the way had treated me and my family. He told me he wanted me to talk to hiss boss. I told him that I had nothing to say to his boss and nothing else to say to him, got up and called for a guard.

8 of 15

Mom did hire a lawyer, Mike Hieskle, he come to see me explained the contract and I sighned. Then three days later he came to see me again with a plea agreement let me read it while he plaid on his phone. After reading I said what do you want me to do with this he was suprised and said, I thought you where going to plea guilty. I said no I never said that to you. He said he talked to my previous lawyer Hermismier where he had told Hieskel that I was going to plea pre indictment. That conversation should have never happend between them. Hermismier shouldn't have been talking to anybody without my written consent. So then Hieskel tells me that I cant take it to trial. Then that I cant afford him and that he only took my case because Hermismier told him I was going to plea guilty. He told me he wanted to resign but wasnt sure if he could. Then he also started telling my family I had to plea and was scaring them which caused us alot of stress especially after dealing with Hermismier. When he couldn't get me to plea guilty he changed tacktics and tried to tell me I was incompetent to stand trial because I thought

I had a deffense. All I could think is that he was trying to get me locked up in a looney bin so he would keep getting his money. I told him I did want a psych evaul for the time of the alleged crime because I was blacked out and had no memory of it. He said that was crazy and said he needed to talk to Goldsby, for a minute, got up, walked out and I never saw him again. I found out from my mom that he had resigned from my case. So because of Hermismier talking to Hiestel my family lost $11,000 to Hiestel if Hermismier hadn't lied to him he never would have taken my case under false pretenses he really put us both in a very bad position. Then Hermismier was reappointed and imediatly filed for a continuance without my concent. Then I emediatly wrote a letter to you, to again fire him. And a letter to his boss. Then Warren St. John was appointed. Who seemed he would good and helpfull. He came up here to FCI twice to talk to me. The first was a meet and greet. I told him the hole story including me blacking out he pointed at the knowing and willingly part of my indictment and said that was

our deffense. I told him about having alot of issues, mental Issues at the time. The fact that I had gone off the deep end after my grandmother died and her mother died and a buddy of mine killed himself among other things. I told him I wanted a psych eval and he agreed. The second time I saw him was a little disapointing because it was pretty much a rehash of the first time like we had just started over and he hadn't been doing anything with my case. I had to reexplain everything I said there first time So I met with him 2 times during that 90 day continuance with him knowing that I had no intensionss of pleading guilty. Sep 5 was the third meeting to preview the so called evidence that I briefly viewed at the court house. I told him to get a continuance because there was no way we were ready for a trial and he told me he would come see me in a couple days to talk about the evidense we had viewed and made me feel like he and the investigator he hired were in a hury and about to go to granbury and get things we needed but once again he was tricking me making it

Look like he was in a hurry to leave. I also told him all about me being arrested illegally and searched illegally and phone taken illegally and multiple other problems in my case which he also acted like he was going to do something about, but didnt other than the motion to suppress that he filed that had nothing to do with the real reasons that the evidence should have been suppressed. I called him and wrote him I even wrote him a 42 page letter about what I wanted. All I got from him was a letter saying he got the continuance and to write him with any questions that I had. He never came to see me. We never discussed the evidence that I viewed. I wrote him a letter of questions and got no return, my mother was trying to call him, emailing him with no avail I was getting extremly frustrated and scared because we were running out of time. My mother was relaying my @concerns to him because he wouldn't answer anything from me. He told me he was going to do a number of things like the things he stated in his Motion to Appoint Private Investigator, Document 54, Warren St. John did nothing in my case and neither did

12 of 15

the investigator. My mother did more than they did and collected more evidence. There where a number of pretrial motions that needed to be filed some of which I attempted to file at trial, that I was not allowed to read into the record even though I was told I would be given a chance to do so. I was obviosly attempting to use a temporary insanity pleal deffense but little did I know that Warren St. John would have had to notify the prosecution and the court of the intent to use such a deffense and request a psych evaul well in advance of trial which did not get done so obviosly Warren lied to me and did not every intend on using this as a deffense. All of these things were detrimental to my case and contributed to my extreme stress and lack of a deffense. I believe the reason Warren St. John did nothing in my case partly because of prosecutions hatred. Hatred for me which Hermismier and Hieskel both told me she said the same extremly judgemental and derogatory comments about me, which I don't understand.

13 of 15

and the fact that Warren was and
Is working on a very high profile
case which is in trial rite now.
The Chriss Kyle case which I know
has taking up all his time. This is
completly unfair to me to be treated
like this because my case isn't
a high profile case. I've kept
up with his case a little and it
seems he has one hell of a defense
while I have had absolutly none.
I can see exactly why I never
saw him and he did nothing to
even try and help me. There
is no possible way Warren could
have been even close to prepaired
to present any kind of defense and
obviously had no intensions of it.
NoN of the pretrial issues where
addressed we never talked about
the evidense, didn't interview
any of the witnesses, didn't collect
any of the states documents that
where very important. Didn't collect
any of the evidense in my deffense
that was nessisary and when I
had my mother tell him to file
for another continuance 2 weeks
before trial he refused. Its an
extremely sick feeling to be on
this side of things with absolutly
no confidense in you lawyer and
feeling like you are being screwed

around every corner you turn.
All of this is the reason I was
scared deppressed stressed and
forced to defend my self because
I was convinced nobody else
would. I have come to the realization
that I cant do all this my self and
that I need help and especially
being in here, I cont do this myself.
I do not trust Warren St. John to
help me even though I have
wrote him a letter asking for
help with no response and
he is obviosly busy and unable to
help due to his all important
trial. Because of all this I am
requesting:

1. Counsel that will actually
work with me at least through the
sentencing process and hopefully
through appeals also.

2. More time to object to the
PSR hopefully with the help of
new Counsel.

3 A psych evaul to encompass
all stages encluding Temporary
insanity ("time of offense") competency
to stand trial and sentencing. To
show unlikely hood of future
offense.

15 of 15

I very much appreciate your consederation in this matter and pray for a swift remedy.

Thanks
God Bless
Jonathan Webb
(Jonathan Daniel Kutej)

47601-177
Jonathan Kuter
P.O Box 15330
FCI Fort Worth,
TX 76

Federal Correctional
Institution

CLERK OF COUR.
U.S. DISTRICT OF TX.
NORTHERN DIST. OF TX.
FT WORTH DIVISION
2015 FEB 24  AM 11:06

Judge Terry R. Means,
501 west 10th st
Room 310  Fort Worth
TX 76104

