ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 2 2 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No.: 4:14-CR-074-Y |
| ) | |
| JONATHAN DANIEL KUTEJ, ex rel. ) | |

Notice of termination of Counsel
*Special Appearance by*

I, come now in peace, Jonathan Daniel, "House of Kutej", sui juris, "All rights reserved from birth till death, UCC 1-308, formerly 1-207", In Propria Persona, alive in Full Life, alive both civilly and physically, a living breathing, flesh and blood, Ambassador, Minister, and Son of God, Domiciled in Heaven, temporarily member to the Republic in the Union state, Texas, (hereinafter, Me, me, Myself, myself, I, "non corporate lower case spelling of" Jonathan Daniel Kutej, Jonathan Daniel, Jonathan or Kutej) the innocent, wrongfully accused, affiant, and Authorized Representative of JONATHAN DANIEL KUTEJ the, Defendant, Corporate Fictional Person/Construct/Entity, Civiliter Mortus, (hereinafter, JONATHAN DANIEL KUTEJ, JONATHAN DANIEL, JONATHAN, KUTEJ, Defendant, Straw-man, Straw or It) state the following is true, correct, and complete to the bests of my knowledge, and belief, SO HELP ME God:

TRULINCS 47601177 - KUTJ, JONATHAN DANIEL - Unit: FTW-J-A

--------------------------------------------------------------------------------

FROM: 47601177
TO:
SUBJECT: Notice to dismiss counsel
DATE: 06/18/2015 09:03:35 PM

To whom it may concern;

To be perfectly clear I am denying any offer to any contract with any Counsel and/or any Lawyer and/or any Attorney, and therefore Warren St. John is hereby fired and relieved from any and all duties in reference and/or representation of Me, Jonathan Daniel-Kutej "the living man and Private person" and/or JONATHAN D. AARON-KUTEJ "the legal fiction and Straw Man" whom I represent, and control from now on.

The Law is clear "Party cannot be bound by contract that he has not made or authorized. Free consent is an indispensable element in making valid contracts.

I, also already made it very clear on page 3 of 5 in my COUNTER AFFIDAVIT AND REBUTTAL OF MOTION TO WITHDRAW that I was DONE with Lawyer's all together period.

I, have every right to deny any offer of contract any time I choose. I, also have every right to file any documents I wish at any time I wish on my behalf or in representation of your fictional Straw Man "JONATHAN D. AARON-KUTEJ"

"While the constitution guarantees to the Defendant in a criminal case the right to be heard by counsel, it also allows him to be heard "by himself" and where he elects to appear for himself rather than by an attorney, he cannot be compelled to employee counsel or accept services assigned by the court".

The Code of Judicial Conduct allows all people their right to represent one's self.

"There can be no practical difference, whether a party be defrauded out of a judgment by the collusion of his attorney, by having his testimony stolen, or witnesses kept from the court, or whether by any other devise, artifice or fraudulent scheme of the opposite party or attorney. Which ordinary prudence and foresight could not guard against, he is prevented from presenting his cause or defense and is therefore tricked out of a judgment".

"When a judge acts where he or she does not have jurisdiction to act, the Judge is engaged in an act or acts of Treason"....

The Supreme Court has also held that if a judge wars against the Constitution, or if he acts without jurisdiction, He has engaged in treason to the Constitution. If a judge acts after he has been automatically disqualified by law, then he is acting without jurisdiction and that suggests that he is then engaging in criminal acts of treason, and may be engaged in extortion and the interference with interstate commerce are criminal acts, no judge has immunity.

In Conclusion:
Once again Warren St. John is fired, this is not a request this is a demand/order by Me the Sovereign flesh and Blood. private man.

I declare under penalty of perjury under the laws of the Republic where I temporarily occupy but do not maintain a "domicile" or "residence" and from without the "United States" defined in 28 U.S.C. §1603(c) 26 U.S.C. §7408(d), and 26 U.S.C. §7701(a)(9) and (10) and only when litigated under the following conditions that the facts, exhibits, and statements made by in this and the attached pleading and/or affidavit me are true, correct, and complete to the best of my knowledge and ability in accordance with 28 U.S.C §1746(1).

1. Jury trial in a court of a state of the Union and not a federal court.
2. Constitutional diversity of citizenship under U.S. Constitution Article III, Section 2 but NOT statutory diversity pursuant to 28 U.S.C. §1332(a)(2).
3. No jurist or judge may be a statutory "U.S. citizen" under 8 U.S.C. §1401, a "taxpayer" under 26 U.S.C. §7701(a)(14); or be in receipt of any federal financial or other privilege, benefit, or employment, nor maintain a domicile on federal territory in order to avoid violating 18 U.S.C. §597 and 28 U.S.C. §455. Such persons would NOT be my "peers", but my mortal socialist enemies.
4. The common law of the state of the Union and no federal law or act of Congress or the Internal Revenue Code are the rules of decision, as required Fed.R.Civ.P. Rule 17(b), 28 U.S.C. §1652, and Erie RR v. Tompkins, 304 U.S. 64 (1938).
5. Any judge who receives retirement or employment benefits derived from Subtitle A of the I.R.C. recuse himself in judging the law and defer to the jury to judge both the facts and the law, as required under 18 U.S.C. §208, 28 U.S.C. §144, and 28 U.S.C. §455.
6. All of the affidavits, pleadings, exhibits, and statements made, including those about the law, are admitted into evidence and subject to examination by the jury and/or fact finder.
7. None of the affidavits or pleadings in the case are sealed or unpublished so as to cover up government wrongdoing or otherwise obstruct justice.
8. The signator is not censored or restricted by the judge in what he can say to the jury during the trial.
9. Submitter is treated as a "foreign sovereign" under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602 through 1611.
10. Submitter is not treated as a "person" under 26 U.S.C. § 6671(b) or 26 U.S.C. §7343, which is defined as an officer of a corporation or partnership who has a fiduciary duty to the public as a "public officer". See: http://sedm.org/Forms/MemLaw/WhyThiefOrEmployee.pdf
http://sedm.org/Forms/Affidavits/AffCorpDenial.pdf
11. Submitter is not treated as an "individual", which is defined in 5 U.S.C. § 552a(a)(2) as a "U.S. Citizen" under 8 U.S.C. §1401 or a permanent resident, who collectively are domiciliaries of the "United States", which is defined as the "District of Columbia" in 26 U.S.C. §7701(a)(9) and (a)(10) and is not extended elsewhere in the code to include states of the Union.
12. If the I.R.C. Subtitle A, which is private law, a "public right", a franchise, and a "statutory privilege" that only applies to those who consent explicitly or implicitly, is cited by the opponent against the Submitter, then the opponent must provide written proof of informed consent by the Submitter to the terms of the private law being cited. This is a fulfillment of the requirement that when jurisdiction is challenged, proof of jurisdiction must appear on the record. Otherwise, the private law must be removed from evidence of a liability or obligation. "Waivers of Constitutional rights not only must be voluntary, but must be knowing, intelligent acts done with sufficient awareness of the relevant circumstances and likely consequences." [Brady v. U.S., 397 U.S. 742 (1970)]

Non-acceptance of this affirmation or refusal to admit all evidence attached to this pleading and/or affidavit into the record by the Court shall constitute evidence of duress upon the Submitter. This affirmation is an extension of my right to contract guaranteed under Article 1, Section 10 of the United States Constitution and may not be interfered with by any court of a State of the Union or of the United States

_[signature]_     06-18-2015

Protku~~Ad-Hoc~~ Vice Jonathan Daniel
Authorized Representative                                    Date Signed

Witnesses:

1. Elpidio Murillo

2. ~~[struck through signature]~~

3. ~~[struck through signature]~~

4. Herlindo Jr.

## CERTIFICATE OF SERVICE

I, Jonathan Daniel, the undersigned mailer/server, being of sound mind, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That on 06-18 2015, I transmitted via carrier "USPS" to the Clerk FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION, to file the foregoing _____ and also transmitted a copy via carrier "USPS" to AUSA, Aisha Saleem for Her own record.

2. That I personally mailed a Total of __1__ documents with combined total of _____ pages.

Pro Hac ~~Ad Hoc~~ Vice _____, Mailer/Server
Jonathan Daniel
Authorized Representative

U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2015 JUN 22 AM 11:46

CLERK OF COURT

Jonathon Rutos - 476-01-177
Federal Correctional Institution
PO Box 15330
Ft Worth, Tex (76119)

⇨47601-177⇦
Court Clerk
501 west 10th st
Room 310
FORT Worth, TX 76104
United States