

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

RECEIVED
6/23/15 KF 2:15 PM

UNITED STATES OF AMERICA       )
                               )
v.                             )     No.: 4:14-CR-074-Y
                               )
JONATHAN DANIEL KUTEJ, ex rel. )

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 25 2015
CLERK, U.S. DISTRICT COURT
By_____
Deputy

SPECIAL APPEARANCE BY:
Order to Suppress Evidence

I, Jonathan Daniel House of Kutej, come now in peace, sui juris, "All rights reserved from birth till death UCC 1- 308 formerly 1-207", In Propria Persona, alive in Full Life, alive both civilly and physically, a living breathing, flesh and blood, Ambassador, Minister, and Son of God, Domiciled in Heaven, temporarily member to the Republic in the Union state Texas, (hereinafter, Me, me, Myself, myself, I, "the proper non corporate upper and lower case spelling of my christian name" Jonathan Daniel Kutej, Jonathan Daniel, Jonathan, or Kutej) the innocent, wrongfully accused, affiant, and Authorized Representative of JONATHAN DANIEL KUTEJ/AARON THE Person, Defendant, Corporate Fictional Person/Construct/Entity, Civiliter Mortus, (hereinafter, JONATHAN DANIEL KUTEJ, JONATHAN DANIEL AARON, JONATHAN DANIEL, JONATHAN, KUTEJ, defendant, Straw Man, Straw, or It) Vow, Take Oath, and Declare that everything Herein is true, correct, and complete to the best of my knowledge, and belief, SO HELP ME God:

NOTICE: The court is now a Judicial, not an administrative, in the Admiralty proceeding, (pursuant to F.R.C.P. Rule 9(h); and;

FURTHER, BE NOTICED: That I, Jonathan Daniel, a man, sui juris, a non-licensed attorney litigant intervenor pro hac vice, in restrictive appearance, a peaceful National, one of the People, acting in good faith without prejudice, does claim and reserves all rights, remedies, defenses, statutory or procedural, retains full constitutionally secured rights, power, privileges and prerogatives and enjoys the benefits thereof, at all times - in all places; and

FURTHER, BE NOTICED: that the non-belligerent man, going with the appellation, Jonathan Daniel (pursuant to Maritime Claims Rule E(8)) reserves common law right not to be bound by or compelled to perform under and contract indenture, commercial agreement, or bankruptcy that he did not enter into knowingly, voluntarily and intentional; He does waive the benefit privilege.

FURTHER, BE NOTICED: that Nothing in this Document and/or Information and/or Affidavit and/or Motion: by Special Appearance, shall be construed as any species of consent to any species of Jurisdiction or Waiver of any Rights at anytime.

To all, consider this a lawful and timely NOTICE, FAIR WARNING, NOT AS A THREAT, NOTICE, pursuant to United States v. Lanier, on certiorari No. 95-1717, this notice is hereby given each member of the prosecuting party;

Relief Sought

      Jonathan Daniel moves this Court to suppress the following evidence seized as the result of a search of the private property of Jonathan Daniel s residence at 7905 Colony Rd, Tolar, Texas and of His Body:

1.     One Black Apple IPhone Cell Phone #817.736.5198.

2.     One White Male "Jonathan Daniel Kutej" Live Birth Date 06-19-81.

Grounds for Relief

As grounds for the motion to suppress, Jonathan Daniel states:

1.     Jonathan Daniel s residence, which is and was owned by Jonathan Daniel s father Bruce Kutej, was searched without a warrant and without probable cause in violation of the Fourth Amendment to the Constitution for the United States.

2.     Jonathan Daniel was seized without a warrant and without probable cause on private property owned by Jonathan Daniel s Father Bruce Kutej which said property was Jonathan Daniel s Residence, in violation of the Fourth Amendment to the Constitution for the United States and,

3.     Jonathan Daniel s Body/Private Property was searched incident to an unlawful seizure of Jonathan Daniel s Body/Private Property in violation of the Fourth Amendment to the Constitution for the United States, and therefore the fruits of that search must be suppressed.

4.     Jonathan Daniel s Phone "one Black Apple IPhone Cell Phone #817.736.5198" was seized and searched unlawfully incident to the unlawful warrantless search of His Body/Private property in violation of the Fourth Amendment to the Constitution for the United State and therefore the fruits of that search must be suppressed.

5.     Jonathan Daniel was unlawfully arrested without a warrant and without probable cause on private property owned by Jonathan Daniel s father Bruce Kutej also Jonathan Daniel s residence incident to the unlawful seizure of Jonathan Daniels Body/Private property in violation of the Fourth Amendment to the Constitution for the United States and therefore the fruits/statements of that arrest must be suppressed.

Record on Motion

The facts on which this motion is based are contained in the Affidavit and Statements made by Jonathan Daniel Kutej, Dana Kay Kutej, and Allen Bruce Kutej, attached to and incorporated by reference in this motion.

This motion is based on the papers and records on file in this matter, on this motion, Affidavits, memorandum of points and Authorities submitted with this motion and on whatever additional evidence and argument is presented at the hearing of this motion.

For the reasons Stated, Jonathan Daniel prays to God for this motion to be granted

I declare under penalty of perjury under the laws of the Republic where I temporarily occupy but do not maintain a "domicile" or "residence" and from without the "United States" defined in 28 U.S.C. §1603(c) 26 U.S.C. §7408(d), and 26 U.S.C. §7701(a)(9) and (10) and only when litigated under the following conditions that the facts, exhibits, and statements made by in this and the attached pleading and/or affidavit me are true, correct, and complete to the best of my knowledge and ability in accordance with 28 U.S.C §1746(1).

1. Jury trial in a court of a state of the Union and not a federal court.
2. Constitutional diversity of citizenship under U.S. Constitution Article III, Section 2 but NOT statutory diversity pursuant to 28 U.S.C. §1332(a)(2).
3. No jurist or judge may be a statutory "U.S. citizen" under 8 U.S.C. §1401, a "taxpayer" under 26 U.S.C. §7701(a)(14), or be in receipt of any federal financial or other privilege, benefit, or employment, nor maintain a domicile on federal territory in order to avoid violating 18 U.S.C. §597 and 28 U.S.C. §455. Such persons would NOT be my "peers", but my mortal socialist enemies.
4. The common law of the state of the Union and no federal law or act of Congress or the Internal Revenue Code are the rules of decision, as required Fed.R.Civ.P. Rule 17(b), 28 U.S.C. §1652, and Erie RR v. Tompkins, 304 U.S. 64 (1938).
5. Any judge who receives retirement or employment benefits derived from Subtitle A of the I.R.C. recuse himself in judging the law and defer to the jury to judge both the facts and the law, as required under 18 U.S.C. §208, 28 U.S.C. §144, and 28 U.S.C. §455.
6. All of the affidavits, pleadings, exhibits, and statements made, including those about the law, are admitted into evidence and subject to examination by the jury and/or fact finder.
7. None of the affidavits or pleadings in the case are sealed or unpublished so as to cover up government wrongdoing or otherwise obstruct justice.
8. The signator is not censored or restricted by the judge in what he can say to the jury during the trial.
9. Submitter is treated as a "foreign sovereign" under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602 through 1611.
10. Submitter is not treated as a "person" under 26 U.S.C. § 6671(b) or 26 U.S.C. §7343, which is defined as an officer of a corporation or partnership who has a fiduciary duty to the public as a "public officer". See:http://sedm.org/Forms/MemLaw/WhyThiefOrEmployee.pdf
http://sedm.org/Forms/Affidavits/AffCorpDenial.pdf
11. Submitter is not treated as an "individual", which is defined in 5 U.S.C. § 552a(a)(2) as a "U.S. Citizen" under 8 U.S.C. §1401 or a permanent resident, who collectively are domiciliaries of the "United States", which is defined as the "District of Columbia" in 26 U.S.C. §7701(a)(9) and (a)(10) and is not extended elsewhere in the code to include states of the Union.
12. If the I.R.C. Subtitle A, which is private law, a "public right", a franchise, and a "statutory privilege" that only applies to those who consent explicitly or implicitly, is cited by the opponent against the Submitter, then the opponent must provide written proof of informed consent by the Submitter to the terms of the private law being cited. This is a fulfillment of the requirement that when jurisdiction is challenged, proof of jurisdiction must appear on the record. Otherwise, the private law must be removed from evidence of a liability or obligation. "Waivers of Constitutional rights not only must be voluntary, but must be knowing, intelligent acts done with sufficient awareness of the relevant circumstances and likely consequences."
[Brady v. U.S., 397 U.S. 742 (1970)]

Non-acceptance of this affirmation or refusal to admit all evidence attached to this pleading and/or affidavit into the record by the Court shall constitute evidence of duress upon the Submitter. This affirmation is an extension of my right to contract guaranteed under Article 1, Section 10of the United States Constitution and may not be interfered with by any court of a State of the Union or of the United States

Person Signature: /s/ JONATHAN DANIEL KUTEJ/AARON

Authorized by: _____, sui juris June, 23 2015
Pro Hac Vice, Jonathan Daniel                                                    Date:

DEMAND FOR REBUTTAL:

If you, the recipient, have read this entire affidavit and still challenge its conclusions, I demand a rebuttal from you of the fact and law revealed here. You have thirty days to provide your rebuttal. Pursuant to Fed. R. Civ. Pro.8(b)(6), failure to deny shall constitute an admission to the truth of everything contained herein:

---

CERTIFICATE OF SERVICE:

I, _____Dana Kutej_____, the undersigned mailer/server, being of sound mind, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That on __June 23__, 2015, I transmitted via carrier "USPS" to the Clerk FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION, to file the foregoing and also transmitted a copy via carrier "USPS" TO AUSA, Aisha Saleem for Her own record.

2. That I personally mailed a Total of __1__ documents with a combined total of __3__ pages. _____, Mailer/Server

---

NOTARY PUBLIC'S JURAT

Subscribed and sworn to (or affirmed) before me on this __23__ day of __June__, 2015, by __Dana Kutej__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me

WITNESS my hand and official seal.

_____ SEAL
Notary Public

My Commission Expires On: __1-16-2017__

[Notary seal: JOYCE A. JOHNSON, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 01-16-2017]



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No.: 4:14-CR-074-Y |
| ) | |
| JONATHAN DANIEL KUTEJ, ex rel. ) | |

SPECIAL APPEARANCE BY:
Affidavit in Support of Order to Suppress Evidence

I, Jonathan Daniel House of Kutej, come now in peace, sui juris, "All rights reserved from birth till death UCC 1- 308 formerly 1-207", In Propria Persona, alive in Full Life, alive both civilly and physically, a living breathing, flesh and blood, Ambassador, Minister, and Son of God, Domiciled in Heaven, temporarily member to the Republic in the Union state Texas, (hereinafter, Me, me, Myself, myself, I, "the proper non corporate upper and lower case spelling of my christian name" Jonathan Daniel Kutej, Jonathan Daniel, Jonathan, or Kutej) the innocent, wrongfully accused, affiant, and Authorized Representative of JONATHAN DANIEL KUTEJ/AARON THE Person, Defendant, Corporate Fictional Person/Construct/Entity, Civiliter Mortus, (hereinafter, JONATHAN DANIEL KUTEJ, JONATHAN DANIEL AARON, JONATHAN DANIEL, JONATHAN, KUTEJ, defendant, Straw Man, Straw, or It) Vow, Take Oath, and Declare that everything Herein is true, correct, and complete to the best of my knowledge, and belief, SO HELP ME God:

NOTICE: The court is now a Judicial, not an administrative, in the Admiralty proceeding, (pursuant to F.R.C.P. Rule 9(h); and;

FURTHER, BE NOTICED: That I, Jonathan Daniel, a man, sui juris, a non-licensed attorney litigant intervenor pro hac vice, in restrictive appearance, a peaceful National, one of the People, acting in good faith without prejudice, does claim and reserves all rights, remedies, defenses, statutory or procedural, retains full constitutionally secured rights, power, privileges and prerogatives and enjoys the benefits thereof, at all times - in all places; and

FURTHER, BE NOTICED: that the non-belligerent man, going with the appellation, Jonathan Daniel (pursuant to Maritime Claims Rule E(8)) reserves common law right not to be bound by or compelled to perform under and contract indenture, commercial agreement, or bankruptcy that he did not enter into knowingly, voluntarily and intentional; He does waive the benefit privilege.

FURTHER, BE NOTICED: that Nothing in this Document and/or Information and/or Affidavit and/or Motion: by Special Appearance, shall be construed as any species of consent to any species of Jurisdiction or Waiver of any Rights at anytime.

To all, consider this a lawful and timely NOTICE, FAIR WARNING, NOT AS A THREAT, NOTICE, pursuant to United States v. Lanier, on certiorari No. 95-1717, this notice is hereby given each member of the prosecuting party;

Affidavit in Support of Order to Suppress Evidence

1. On 8-15-13, Hood County Criminal Investigator R. Young (Herein after "Young, He His, Himself, or Him") trespassed on to the private property owned by Bruce Kutej, at 7905 Colony Rd, Tolar, Texas
2. He was in an unmarked vehicle.
3. He did not display or show a badge, initially.
4. He did not announce Himself as an Officer.
5. He was not wearing a uniform that identified his as an officer.
6. Once approached, during his search of my father's private property, and my residence, he drew his weapon and forcefully insisted that I get on the ground.
7. He refused to identify himself when asked repeatedly who he was.
8. He refused to produce a warrant when repeatedly asked for a warrant by me, my Father and my Mother.
9. He stated "you watch too much TV, I don't need a warrant"
10. He was asked multiple times to produce a warrant by me and my parents, Bruce and Dana Kutej.
11. He seized me without a warrant.
12. He searched me without a warrant.
13. He seized my phone without a warrant.
14. He arrested me without a warrant.
15. He searched my phone without a warrant.
16. Because he had no valid warrant at any time on 8-15-13 Young did in fact conduct himself in his private capacity, and:
    A. Trespassed on Private property and,
    B. Invaded the privacy of me, my Mother and Father "private Citizens and,
    C. Conducted himself as a common criminal and,
    D. Used deadly force to assault me a private citizen and,
    E. Used deadly force and coercion to threaten and terrorize my Mother and my Father and,
    F. Used deadly force and bondage to grope me and still a private citizens private property and,
    G. Used deadly force and bondage and coercion to kidnap a private citizen and,
    H. Violated my privacy by rummaging through my phone and,
    I. Shared said private property with other officers in there private capacity and,
    J. In doing all of the above violated my Fourth Amendment right to the Constitution for the United Sates.

I declare under penalty of perjury under the laws of the Republic where I temporarily occupy but do not maintain a "domicile" or "residence" and from without the "United States" defined in 28 U.S.C. §1603(c) 26 U.S.C. §7408(d), and 26 U.S.C. §7701(a)(9) and (10) and only when litigated under the following conditions that the facts, exhibits, and statements made by in this and the attached pleading and/or affidavit me are true, correct, and complete to the best of my knowledge and ability in accordance with 28 U.S.C §1746(1).

1. Jury trial in a court of a state of the Union and not a federal court.
2. Constitutional diversity of citizenship under U.S. Constitution Article III, Section 2 but NOT statutory diversity pursuant to 28 U.S.C. §1332(a)(2).
3. No jurist or judge may be a statutory "U.S. citizen" under 8 U.S.C. §1401, a "taxpayer" under 26 U.S.C. §7701(a)(14), or be in receipt of any federal financial or other privilege, benefit, or employment, nor maintain a domicile on federal territory in order to avoid violating 18 U.S.C. §597 and 28 U.S.C. §455. Such persons would NOT be my "peers", but my mortal socialist enemies.
4. The common law of the state of the Union and no federal law or act of Congress or the Internal Revenue Code are the rules of decision, as required Fed.R.Civ.P. Rule 17(b), 28 U.S.C. §1652, and Erie RR v. Tompkins, 304 U.S. 64 (1938).
5. Any judge who receives retirement or employment benefits derived from Subtitle A of the I.R.C. recuse himself in judging the law and defer to the jury to judge both the facts and the law, as required under 18 U.S.C. §208, 28 U.S.C. §144, and 28 U.S.C. §455.
6. All of the affidavits, pleadings, exhibits, and statements made, including those about the law, are admitted into evidence and subject to examination by the jury and/or fact finder.
7. None of the affidavits or pleadings in the case are sealed or unpublished so as to cover up government wrongdoing or otherwise obstruct justice.
8. The signator is not censored or restricted by the judge in what he can say to the jury during the trial.
9. Submitter is treated as a "foreign sovereign" under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602 through 1611.
10. Submitter is not treated as a "person" under 26 U.S.C. § 6671(b) or 26 U.S.C. §7343, which is defined as an officer of a corporation or partnership who has a fiduciary duty to the public as a "public officer".
See: http://sedm.org/Forms/MemLaw/WhyThiefOrEmployee.pdf
http://sedm.org/Forms/Affidavits/AffCorpDenial.pdf
11. Submitter is not treated as an "individual", which is defined in 5 U.S.C. § 552a(a)(2) as a "U.S. Citizen" under 8 U.S.C. §1401 or a permanent resident, who collectively are domiciliaries of the "United States", which is defined as the "District of Columbia" in 26 U.S.C. §7701(a)(9) and (a)(10) and is not extended elsewhere in the code to include states of the Union.
12. If the I.R.C. Subtitle A, which is private law, a "public right", a franchise, and a "statutory privilege" that only applies to those who consent explicitly or implicitly, is cited by the opponent against the Submitter, then the opponent must provide written proof of informed consent by the Submitter to the terms of the private law being cited. This is a fulfillment of the requirement that when jurisdiction is challenged, proof of jurisdiction must appear on the record. Otherwise, the private law must be removed from evidence of a liability or obligation. "Waivers of Constitutional rights not only must be voluntary, but must be knowing, intelligent acts done with sufficient awareness of the relevant circumstances and likely consequences." [Brady v. U.S., 397 U.S. 742 (1970)]

Non-acceptance of this affirmation or refusal to admit all evidence attached to this pleading and/or affidavit into the record by the Court shall constitute evidence of duress upon the Submitter. This affirmation is an extension of my right to contract guaranteed under Article 1, Section 10 of the United States Constitution and may not be interfered with by any court of a State of the Union or of the United States

Person Signature: /s/ JONATHAN DANIEL KUTEJ/AARON

Authorized by: _____, sui juris   June,
23  2015
Pro Hac Vice, Jonathan Daniel                             Date:

## DEMAND FOR REBUTTAL:

If you, the recipient, have read this entire affidavit and still challenge its conclusions, I demand a rebuttal from you of the fact and law revealed here. You have thirty days to provide your rebuttal. Pursuant to Fed. R. Civ. Pro.8(b)(6), failure to deny shall constitute an admission to the truth of everything contained herein:

-------------------------------------------------------------------------------

## CERTIFICATE OF SERVICE:

I, _____Dana Kutej_____, the undersigned mailer/server, being of sound mind, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That on __June 23__, 2015, I transmitted via carrier "USPS" to the Clerk FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION, to file the foregoing and also transmitted a copy via carrier "USPS" TO AUSA, Aisha Saleem for Her own record.

2. That I personally mailed a Total of __1__ documents with a combined total of __3__ pages. _____, Mailer/Server

-------------------------------------------------------------------------------

## NOTARY PUBLIC'S JURAT

Subscribed and sworn to (or affirmed) before me on this __23__ day of __June__, 2015, by __Dana Kutej__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me

WITNESS my hand and official seal.

_____ SEAL
Notary Public

My Commission Expires On: __1-16-2017__

[Notary Seal: JOYCE A. JOHNSON, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 01-16-2017]

Date:  June 22, 2015          REGISTERED MAIL NUMBER _____

AFFIDAVIT IN SUPPORT OF

ORDER TO SUPPRESS EVIDENCE

In Commerce, everything must be stated in Truth. I, Jonathan Daniel-Kutej, a Sovereign, a Private Person, a Living Spirit, a Creditor, Claimant, and Secured Party and NOT A STATUTORY PERSON upon the land Texas, a Republic in the county called Hood, do hereby solemnly declare, say, and state, (1) Secured Party is competent for stating the matters set forth herewith; (2) Secured Party has personal knowledge about the facts stated herein; (3) Everything stated in this TRUTH AFFIDAVIT is the Truth, the Whole Truth, and nothing but the Truth and all state is true, correct, complete, and not misleading.

NO THIRD PARTIES ALLOWED.

PLAIN STATEMENT ABOUT THE FACTS: (a) For Resolving a Matter it must be expressed (b) In commerce Truth is Sovereign; (c) Truth is expressed in the Affidavit From; (d) An Unrebutted Affidavit stands as Truth in Commerce; (e) An Unrebutted Affidavit becomes the judgment in Commerce; (f) A Truth Affidavit, under Commercial Law, can only be satisfied by a Rebuttal about the Truth Affidavit, by payment, by agreement, by resolution by a jury according by the rules for Common Law.

A LAWFUL CONTRACT has: (1) Offer; (2) Consideration; (3) Acceptance by all Parties for the Contract and; (4) The Signatures by all Parties involved with the Contract. Only the parties signing the Contract can participate in the discussion of the Contract. Full disclosure about the CONTRACT is imperative.

AFFIDAVIT in SUPPORT of ORDER to SUPPRESS EVIDENCE

On August 15, 2013 I, Jonathan Daniel-Kutej came home about 5pm and went to the shop where My Dad-Bruce Kutej, My Mom-Dana Kutej, the neighbors Andy and Rachel Walker were setting outside talking and having some beers. I joined them and a little later, about 9:20pm My family and I saw headlights coming up the drive way, then a truck pulled up and parked in front of the house right behind My car. This was very unusual because everyone knows at that time of night we are always at the shop drinking and chatting or setting around a fire and this night was no different. Then a person gets out of the truck with his lights on and walks to the driver side of My car with flashlight in hand and starts shining and looking in my car.

The first thing I thought of was, "somebody is somebody is trying to steal my car". I ran over from the shop about 50 yards away and yelled at this guy that was looking through my car and said, "can I help you". Then this person whom I did not recognize and barely could see because he was standing in front of his truck with the headlights shining bright and right at me asked if I was "some name" that I can't recall and did not know the person who he was naming. I said no and he immediately asked if I was

Jonathan and I said yes "later I realized that this tactic was actual a trick and deception to identify me". He then pulled a pistol and said get on the ground. Having no idea who this person was and no idea what was going on because I didn't recognize him, he was in plain clothes and driving an unmarked full size truck, I said who are you and he just yelled at me over and over to get on the ground so at gunpoint, as a matter of necessity to attempt to preserve my family's safety and my life. I layed on the ground. I didn't know if I was about to be shot in the back of the head or what. This wasn't the first time I've had a gun pointed at me. But as soon as he put his knee in my back and slapped the handcuffs on me I realized it was in fact the first time a cop had pointed a gun in my face and forced me to the ground. This was most definitely excessive force there was no need for a gun especially since he was there trespassing and unannounced without a warrant and uninvited unless he was scared that somebody my just defend their property with deadly force as any of us would have had every right to do so in this situation, specifically he was not called to my parents address. He did not have written permission or any other kind of permission to be on said property. He did not identify himself attempt to talk to me or question me or anything before He used deadly force. I was not armed and have no history of violence or felony convictions. Nobody was in danger so there was absolutely no probable cause to pull his weapon or use any kind of force at all. There was no reason to believe I was dangerous or anybody was in danger.

I asked him again who he was and he told me we would get to that later and He said I was under arrest and I immediately asked him for a warrant and asked him for a badge because I still wasn't sure he was a cop and thought it could be a joke. He responded with "you watch too much TV, I don't need a warrant". I told him yes you do you are on private property. We were 20 ft from the house where this all took place in the yard on my parents privately owned land on which Young drove 200 yards down a private drive which is also my parents private property. Young absolutely did not have any permission to be on said property nor did he have a warrant to do so. At this time my Dad and My Mom walked up both were asking young what this was all about and Young told them to get back. That's when my Dad and Mom both told Young that he was on private property. Then my dad asked him "do you have a warrant and said that's my son". Young did not have a warrant and never claimed that one existed, he said he did not need a warrant and to get back. My dad said "yes you do this is private property, my property". During all this Young was patting me down and reached in to my back pocket and pulled out a black iPhone, My wallet and misc. other things and put them on the hood of his truck and I kept asking him for a warrant and some ID and asked him what this was all about. He finally pulled out a badge and showed it to me. He still refused to show me a warrant and insisted he didn't need one. He did tell me I what under arrest for "sexual performance by a child"."36990026, PC 43.25(e)" I asked him what that was and He told Me that was the charge and I said I don't want to know the charge I want to know what this is about, Then He said that's all you get and that's all I have to tell you. I said that was bull and He needed to tell Me what it was all about, He refused. He was getting ready to put Me in one of the patrol cars that had just pulled up and I asked Him to give My personal belongings to My Dad. He pulled My ID out of My wallet and put it in My pants pocket and handed My hat and pocket knife to My dad. I told Him to give the phone to My Dad also, He laughed and said you're not getting this it's going with Me and put it in his shirt pocket. I asked him why and He would not give Me a reason and put Me in the patrol car with an unknown officer whom I later discovered was Trooper Thomas Anderson. Four other Trooper's cars had also pulled up with Mr. Anderson. He transported Me to Hood County Jail where I still had no idea what I was arrested for. Then Young came in with a camera took pictures of Me and My hands. I asked him again what this was all about and for the arrest warrant He told Me once again He didn't need an arrest warrant. Then He asked Me If I wanted to talk to Him and I said yes I would talk to Him because I wanted to know what this was all about. He left and came back later to talk to Me. He had Me sign a Miranda card He signed it too then He asked Me a few questions about the phone service and the

number and then I said "before I answered any more questions that I wanted to know what this was all about. He turned off the recorder and said We are done. Then they took Me back to the holding cell. My family bailed Me out the next day (75,000 Bond) While I was signing out and getting My personal property I noticed My phone wasn't there. I asked where My phone was and the officer did not know. He looked puzzled and told Me Young must have kept it. So I left the jail under duress, stressed, confused and distraught and talked to my Bail Bondsman. Then My Dad picked Me up and took Me home. I was never shown a valid warrant, ever.

Later when I finally got the discovery in my case three days before trial, I read it and got the full picture of what had actually happened. Young first tried to use Tasha to text Me and try to trick Me into coming to help her. She said in her text messages that she ran out of gas but the truth was Young didn't have a warrant so He was trying to get Me to come out into the public, as if this would give His warrantless arrest any validity at all. After reviewing the Discovery I realized it was only deception in BAD FAITH to arrest Me in the public without a warrant. Even if I would have come out into the public His goal which was to seize My phone still would have been invalid. He still would have had no right to take My phone and keep it without a warrant. He still would have had no right to search my phone with no warrant. If He had, obtained a warrant He would have just came straight to Me at My house where He obviously knew I was located. I also realized He did intentionally deceive Me once more that day when by His own words He had the Troopers stage themselves down the road and wait for His call for back up. He obviously intentionally did not want to make His presence known or announce Himself otherwise He would have used the Troopers that He staged down the road. In choosing to operate by deceit and acting as He did He put us all in danger Him included. Me and My family could have validly and legally defended our property against this unknown perpetrator with whatever force we deemed necessary, He was trespassing in an unmarked vehicle looking like a common criminal and acting very suspicious, and in no uniform. He was in affect sneaking around searching My father's property, obviously looking for Me. For His actions to have been valid He would have needed a sneak and peek warrant and/or a no knock warrant.

This could have ended very badly We had already recently had a string of burglaries in the area and people were on high alert at this point. He tried to make it sound like the reason for Him pulling his gun was because "HE" felt like HE was being threatened or in danger because I approached Him (unarmed mind you) this ideology is ridiculous to even consider. He in fact was the one trespassing and committing a criminal Action. Me My family and/or anybody would have been well within their rights to defend their property with lethal force when an unknown un identified person is robbing them at gun point. Also if He would have had a warrant He would not have had to play all the childish and extremely dangerous games of deception He could have just served and affected the arrest warrant like it is supposed to be done.

Therefore Mr. Young obviously had no right whatsoever and was in fact challenged by three different people repeatedly whose rights were robbed from them at gun point that day. He did in fact issue a one party contract for value and consideration I and My family considered it and definitively rejected and returned the same back to Him with conditionally for value and consideration on the spot. Because He was in fact attempting to transfer liability to me that He had no contract to prove existed He had no defense at that time whatsoever and had no grounds to enforce this one party contract issued for value and consideration, by force and at gunpoint. In doing so He did in fact DISHONOR Me, My Father, and My Mother by robbing us of our rights. This deprivation of rights and dishonor most definitely has value in the public. It is well known that the Attorney General does not like waist therefore I am Ordering it to

be charged up. The reissuance of the contract for value and consideration by Me, My Mother, and My Father left Him with no other lawful choice but to BACK DOWN, CEASE, and DESIST His rejected criminal actions. But once again He did in fact deprive three private citizens of their rights, with EXTREME DISHONOR AND BAD FAITH. I know and you know the Attorney General would frown at such waist, therefore I am Ordering this court to CEASE and DESIST with these CHARGES against Me and My DEBTOR and charge up the claim against ROBERT R. YOUNG, otherwise I will have no but to Order charges of conspiracy against rights against everyone involved. Failure to recognize these DISHONORABLE actions against Me and My family and then failure to recognize the validity of the remedy I'm entitled to will only be further evidence of Default and Dishonor upon the COURT and all AGENTS and against Me, My DEBTOR, and My family and will constitute additional criminal complaints/charges/actions/claims of conspiracy against rights involving the COURT and all AGENTS of the COURT, the DA and all AGENTS of the DA. I should thank you' all for the increasingly mounting heap of evidence, of dishonor and default that is being provided to Me, it will only strengthen My negotiable instruments and infinitely increase their value.

NOTICE TO PRINCIPALS IS NOTICE TO AGENTS AND NOTICE TO AGENTS IS NOTICE TO PRINCIPALS.

This documents was prepared by Jonathan Daniel Kutej

JONATHAN D. AARON-KUTEJ

GRANTOR, DEBTOR, DEFENDANT

/s/ Jonathan Daniel Kutej

Jonathan Daniel-Kutej, Agent,

Power of Attorney in Fact

DEMAND FOR REBUTTAL:
If you, the recipient, have read this entire affidavit and still challenge its conclusions, I demand a rebuttal from you of the fact and law revealed here. You have thirty days to provide your rebuttal. Pursuant to Fed. R. Civ. Pro.8(b)(6), failure to deny shall constitute an admission to the truth of everything contained herein:

---

CERTIFICATE OF SERVICE:

I, _____Dana Kutej_____, the undersigned mailer/server, being of sound mind, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That on __June 23__, 2015, I transmitted via carrier "USPS" to the Clerk FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION, to file the foregoing and also transmitted a copy via carrier "USPS" TO AUSA, Aisha Saleem for Her own record.

2. That I personally mailed a Total of __1__ documents with a combined total of __4__ pages. _____, Mailer/Server

---

NOTARY PUBLIC'S JURAT

Subscribed and sworn to (or affirmed) before me on this __23__ day of __June__, 2015, by __Dana Kutej__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me

WITNESS my hand and official seal.

_____ SEAL
Notary Public

My Commission Expires On: __1-16-2017__

I, Bruce Kutej do declare under penalty of perjury under the laws of the Republic, that the facts, exhibits, and statements made by Me in this attachment are true, correct, and complete to the best of my knowledge and ability in accordance with 28 u.s.c.§ 1746 (1). On August 15,2013, I was sitting out at my shop with my wife Dana and my son Jonathan and two of our neighbors Andy and Racheal Walker chatting it was around 930 pm, when I saw lights coming up the driveway this was not unusual our neighbors and friends come over all the time when we are home. This time was different though a truck pulled up and stopped behind my son's car, the driver got out and took a flashlight, and was looking around in my son's car. Which was very odd mainly because nobody stops at the house and parks everybody comes back to the shop and the guy looked like a thief looking for keys or something? Jonathan got up and ran over and yelled at the guy and said can I help you. Next thing I know there is a gun pointed at my son and this guy is yelling at my son so me and my wife walked over there. I asked the guy what was going on here he just told me to stay back and was yelling at my son telling him to get on the ground. Jonathan turned and looked at us and got on the ground. I said who the hell are you this is private property and that's my son. The man that I later found out was Robert R. Young was putting hand cuffs on Jonathan and stood him up he finally pulls a badge out and tells us who he is. Jonathan just keeps asking him for a warrant and what this is all about Young said you watch too much tv I don't need a warrant I told him yes you do this is my property and I didn't call you here. He just tells me to get back. I told him he has no right to tell me what I can do or where I can be on my own land you're the one that's trespassing on private property. About that time a bunch of police cars pulled up. Jonathan told me to call Hattox and to take his things so I got his hat and wallet Jon told Young to give me his phone Young laughed and said you're not getting that and stuck it in his pocket. Then they put him in the police car and took him away.

**JURAT**

"I do so solemnly attest to the facts stated herein to be honest, true, and correct to the best of my knowledge, information and belief. I wish and intend harm to no one, but to live in peace."

State of _Texas_ )
) ss:
County of _Hood_ )

SUBSCRIBED AND SWORN on this, the _19_ day of _June_, in the year _2015_, before me a notary public, the undersigned officer, personally appeared _Bruce Kutej_, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that s/he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

*[Notary seal: JOYCE A. JOHNSON, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 01-16-2017]*

## DEMAND FOR REBUTTAL:

If you, the recipient, have read this entire affidavit and still challenge its conclusions, I demand a rebuttal from you of the fact and law revealed here. You have thirty days to provide your rebuttal. Pursuant to Fed. R. Civ. Pro.8(b)(6), failure to deny shall constitute an admission to the truth of everything contained herein:

---

## CERTIFICATE OF SERVICE:

I, _____Dana Kutej_____, the undersigned mailer/server, being of sound mind, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That on __June 23__, 2015, I transmitted via carrier "USPS" to the Clerk FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION, to file the foregoing and also transmitted a copy via carrier "USPS" TO AUSA, Aisha Saleem for Her own record.

2. That I personally mailed a Total of __1__ documents with a combined total of __1__ pages. _____, Mailer/Server

---

## NOTARY PUBLIC'S JURAT

Subscribed and sworn to (or affirmed) before me on this __23__ day of __June__, 2015, by __Dana Kutej__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me

WITNESS my hand and official seal.

_____ SEAL
Notary Public

My Commission Expires On: __1-16-2017__

[Notary seal: JOYCE A. JOHNSON, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 01-16-2017]

I, Dana Kutej, do declare under penalty of perjury under the laws of the Republic, that the facts, exhibits, and statements made by Me in this attachment are true, correct, and complete to the best of my knowledge and ability in accordance with 28 U.S.C.( § 1746(1). On August 15, 2013, I witnessed Robert R. Young drive down mine and my husband's driveway at about 9:30 pm in an unmarked truck. The truck stopped behind my son's car and the driver got out whom I learned later was Robert R. Young. He was shining a light into my sons car for a while when my son Jonathan ran over to him and yelled at him asking him what he was doing. Then a few moments later I heard get on the ground that's when me and my husband got up and hurried over there. When we walked up Jonathan was asking the man who he was. My husband said, hey what's going on Jonathan looked at us and got on the ground. Robert told us to get back my son and my husband was both asking for a warrant. Young told my son he didn't need a warrant. My husband told him that he was on private property and that yes he did. I kept hearing my son asking him who he was and for a warrant. He pulled Jonathan up to his feet, I was shaking so bad I had to go back to the shop and sit down so I told Bruce my husband to handle it.

## JURAT

"I do so solemnly attest to the facts stated herein to be honest, true, and correct to the best of my knowledge, information and belief. I wish and intend harm to no one, but to live in peace."

State of Texas        )
                      ) ss:
County of Hood        )

SUBSCRIBED AND SWORN on this, the 19 day of June, in the year 2015, before me a notary public, the undersigned officer, personally appeared Dana Kutej, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that s/he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal. /s/ Joyce A. Johnson



Joyce A. Johnson, Notary Public, State of Texas, Expires 01-16-2017

## DEMAND FOR REBUTTAL:

If you, the recipient, have read this entire affidavit and still challenge its conclusions, I demand a rebuttal from you of the fact and law revealed here. You have thirty days to provide your rebuttal. Pursuant to Fed. R. Civ. Pro.8(b)(6), failure to deny shall constitute an admission to the truth of everything contained herein:

------

## CERTIFICATE OF SERVICE:

I, _____Dana Kutej_____, the undersigned mailer/server, being of sound mind, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That on __June 23__, 2015, I transmitted via carrier "USPS" to the Clerk FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION, to file the foregoing and also transmitted a copy via carrier "USPS" TO AUSA, Aisha Saleem for Her own record.

2. That I personally mailed a Total of __1__ documents with a combined total of __1__ pages. _____, Mailer/Server

------

## NOTARY PUBLIC'S JURAT

Subscribed and sworn to (or affirmed) before me on this __23__ day of __June__, 2015, by __Dana Kutej__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me

WITNESS my hand and official seal.

_____ SEAL

Notary Public

My Commission Expires On: __1-16-2017__

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2015 JUN 25  AM 10: 48

CLERK OF COURT

Dana K. +i
P.O. Box
Tolar, TX, 76476

RETURN RECEIPT REQUESTED

7015 0640 0006 4843 7513

CERTIFIED MAIL

Clerk of the Court Carmen Bush
501 10th Ave. Room 310
Fort Worth, Texas 76102




U.S. POSTAGE PAID
GRANBURY, TX
76048
JUN 23, 15
AMOUNT
$7.89
0010904-10