**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

## TRANSCRIPT ORDER

| District Court<br>Northern District of Texas - Fort Worth Division | District Court Docket Number<br>4:14-CR-00074-Y |
|---|---|

Short Case Title USA v. Jonathan Kutej          Court Reporter  Ana Warren

Date Notice of Appeal Filed by Clerk of District Court   Jun 26, 2015     Court of Appeals #   15-10611

(If Available)

---

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:

☐ No hearings

☐ Transcript is unnecessary for appeal purposes

☐ Transcript is already on file in Clerk's office

☒ This is to order a transcript of the following proceedings:  (check appropriate box)

Voir dire ☒;   Opening statement of plaintiff ☒;   defendant ☒;
Closing argument of plaintiff ☒;   defendant ☒;   Opinion of court ☒;
Jury instructions ☒;   Sentencing ☐;   Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| August 27, 2014 | Arraignment | Jeffrey L. Cureton |
| November 13, 2014 | Defendant's Motion to Represent Himself | Terry R. Means |
| November 18, 19, 20 of 2014 | Jury Trial | Terry R. Means |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

☐ Private funds;   ☒ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy);
☐ Other IFP Funds;   ☐ Advance Payment waived by reporter;   ☐ U.S. Government Funds;
☐ Other

Signature _____          Date Transcript Ordered   Jul 10, 2015

Print Name   J. Warren St. John                         Counsel for  Jonathan Kutej

Address   801 Cherry Street, Unit No. 5, Fort Worth, Texas 76102     Phone Number   +1 (817) 336-1436

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

---

**PART II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt.  Read instruction on reverse side of copy 4 before completing.)

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on

☐ Arrangements for payment have not been made.  Reason:  ☐ Deposit not received   ☐ Unable to

contact ordering party   ☐ Other (Specify)

_____                     _____                    _____
Date                                      Signature of Court Reporter                              Telephone

Address of Court Reporter: _____

**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

---

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____   Actual Number of Pages          _____   Actual Number of Volumes

_____                                          _____
Date                                                       Signature of Court Reporter

DKT-13 (5/96) modified 01/05 WDTX

**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

## TRANSCRIPT ORDER

| District Court<br>Northern District of Texas - Fort Worth Division | District Court Docket Number<br>4:14-CR-00074-Y |
|---|---|

Short Case Title USA v. Jonathan Kutej          Court Reporter Ana Warren

Date Notice of Appeal Filed by Clerk of District Court  Jun 26, 2015          Court of Appeals # 15-10611

(If Available)

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:

- [ ] No hearings
- [ ] Transcript is unnecessary for appeal purposes
- [ ] Transcript is already on file in Clerk's office
- [x] This is to order a transcript of the following proceedings:  (check appropriate box)

Voir dire [ ];   Opening statement of plaintiff [ ];   defendant [ ];
Closing argument of plaintiff [ ];   defendant [ ];   Opinion of court [ ];
Jury instructions [ ];   Sentencing [x];   Bail hearing [ ];

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| June 25, 2015 | Sentencing | Terry R. Means |
| | | |
| | | |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- [ ] Private funds;   [x] Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy);
- [ ] Other IFP Funds;   [ ] Advance Payment waived by reporter;   [ ] U.S. Government Funds;
- [ ] Other

Signature _____          Date Transcript Ordered   Jul 10, 2015

Print Name  J. Warren St. John          Counsel for  Jonathan Kutej

Address  801 Cherry Street, Unit No. 5, Fort Worth, Texas 76102          Phone Number   +1 (817) 336-1436

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.   COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt.  Read instruction on reverse side of copy 4 before completing.)

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- [ ] Satisfactory Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made. Reason: [ ] Deposit not received   [ ] Unable to contact ordering party   [ ] Other (Specify) _____

_____          _____          _____
Date                          Signature of Court Reporter          Telephone

Address of Court Reporter: _____

**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____  Actual Number of Pages          _____  Actual Number of Volumes

_____          _____
Date                          Signature of Court Reporter

DKT-13 (5/96) modified 01/05 WDTX

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED Jonathan Kutej | | VOUCHER NUMBER | |

| 3. MAG. DKT./DEF. NUMBER 01 | 4. DIST. DKT./DEF. NUMBER 4:14-CR-00074/01 | 5. APPEALS DKT./DEF. NUMBER 15-10611 | 6. OTHER DKT. NUMBER |

| 7. IN CASE/MATTER OF *(Case Name)* USA v. Kutej | 8. PAYMENT CATEGORY □ Felony   □ Petty Offense □ Misdemeanor   □ Other ☑ Appeal | 9. TYPE PERSON REPRESENTED □ Adult Defendant   ☑ Appellant □ Juvenile Defendant   □ Appellee □ Other | 10. REPRESENTATION TYPE *(See Instructions)* CC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 USC 2251(a); Production of Child Pornography & 18 USC 2251(a) & 2251 (e); Prod/Attempted Prod of Child Por.

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*
Direct Appeal

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically)*. NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Arraignment, Defendant's Motion to Represent Himself, Jury Trial - Voir Dire, opening and closing statements of Plaintiff and Defendant, and Sentencing.

| 14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS |
|---|---|
| A.   Apportioned Cost _____ % of transcript with *(Give case name and defendant)* | |
| B.   □ 14-Day   □ Expedited   □ Daily   □ Hourly   □ Realtime Unedited | |
| C.   □ Prosecution Opening Statement   □ Prosecution Argument   □ Prosecution Rebuttal   □ Defense Opening Statement   □ Defense Argument   □ Voir Dire   □ Jury Instructions | |
| D.   In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | |

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation.  I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act. | Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted. |
| _Signature of Attorney_                    07/10/2015 _Date_ | _Signature of Presiding Judge or By Order of the Court_ |
| J. Warren St. John _Printed Name_ | _Date of Order_                      _Nunc Pro Tunc Date_ |
| Telephone Number:     (817) 336-1436 ☑ Panel Attorney   □ Retained Attorney   □ Pro-Se   □ Legal Organization | |

## CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS □ Official   □ Contract   □ Transcriber   □ Other | 18. PAYEE'S NAME AND MAILING ADDRESS |
|---|---|
| 19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE | Telephone Number: |

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense *(Itemize)* | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____   Date _____

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.

_Signature of Attorney or Clerk_                    _Date_

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| _Signature of Judge or Clerk of Court_                    _Date_ | |