TRULINCS 47601177 - KUTEJ, JONATHAN DANIEL - Unit: FTW-J-A

---

FROM: 47601177
TO:
SUBJECT: notice of appeal
DATE: 07/09/2015 02:30:34 PM



Case No.: 4:14-cr-00074-Y
TO: CLERK OF THE COURT

### NOTICE OF APPEAL: Gagged and Bound

Notice is hereby given that I, the flesh and blood human being, Attorney in fact, Agent, Authorized Representative, Secured Party and Grantor hereby appeals to the United States Court of Appeals for the 5th Circuit, (OUT OF NECESSITY) from the decision and order given in this action and sentencing hearing on the 25th Day, of June, 2015, to have Me Jonathan Daniel Kutej, a flesh and blood human being GAGGED AND BOUND during the sentencing hearing. In violation of My unalienable rights guaranteed first and foremost by My father the creator, the one true God in heaven and secondly the Constitution, to prevent justice. To continue to defraud Me out of any chance at a defense.

CERTIFICATE OF SERVICE:

On the ___8th___ day of July, 2015, I transmitted via carrier "USPS" to the CLERK FOR THE COURT, to file the foregoing NOTICE OF APPEAL and also transmitted a copy via carrier "USPS" to the FIFTH CIRCUIT OF APPEALS for there own record.

DECLARATION [28 U.S.C. 1746]

I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.
Executed on the ___8th___ day of July, 2015.



_____, sui juris
Signature of Attorney in Fact, Agent, Authorized
Representative, Secured Party and Grantor

Attorney for Defendant
Office and P.O. Address
Jonathan Daniel-Kutej

7905 Colony Road
C/o Tolar, Texas

P.O Box 41
C/o Tolar, Texas